United States District Court
Southern District of Florida

| | |
|---|---|
| Jordan Owens – Plaintiff | Nature of Claim: |
| 151 Ne 209th Ter Miami, Fl 33179 | Other Fraud/Antitrust/Copyright |
| United States | |
| Vs. | |
| United States of America - Defendant | |
| U.S Attorney Office | |
| (500 S Australian Ave # 400, West Palm Beach, FL 33401) | |



FILED BY _PCS_ D.C.

DEC 29 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

# Complaint

1. Now comes the plaintiff Jordan Owens seeking damages in the amount of $100,000,000,000,000.00 (100 Trillion Dollars) from the defendant the United States of America for Antitrust/Copyright Violations, Conflict of Interest, and Conspiracy to commit crime.

# Jurisdiction

2. The plaintiff claims that jurisdiction falls on the United States Court of Claims for claims against the government including, but not limited to, contract disputes, bid protests, takings claims, patent and copyright matters, Indian claims, civilian and military pay cases, and vaccine cases. Such jurisdiction of the Federal Court of Claims includes primarily money claims founded upon the Constitution, federal statutes, executive regulations, and contracts (express or implied in fact) with the United States.

# Statement of Claim

3. Per current restraint of trade with regard to any such in potential compromise (preferred settlement), the plaintiff exerts that he filed a copyright application for a platform in which holds domain/relevance in copyrighted and infringed material. Copyright Application Number: 1-12248950531

# Relief

4. The plaintiff is seeking no more than $100,000,000,000,000.00 in damages regarding this complaint.

United States District Court
Southern District of Florida

### Other Relief

5. The plaintiff is seeking Injunctions to alleviate certain tension between the parties in the way of technologies, enhancements, licensing agreements, non-competes, restraining orders, and ratifying amendments and certain contracts. The plaintiff also seeks extensive reformation to address privacy, data control/management, and racial implications of the constitution and conflicted state power legislation/written law. Lastly, it is the plaintiff's most certain aim to propose that all persons involved in this complaint receive maximum jail time as allowed by law (collective bargaining, among with the power to facilitate plea bargains due to conflicted parties' impact on inflicted regulations rights regarding some nature of concern within this complaint and or relevant to the provided/leveraged material).
6. Federal adoption of the previewed public safety measures and deployed Injunctions to iterate approval of engagement and control of impacted operations/environments (systems). The plaintiff is requesting the overall management of some state and federal operation/properties including the jail system, abandoned properties, and properties that are not currently in use/needs repair/dormant/lack oversight or in "stalled" market (any building owned by state or federal government not slated to maintain in operation regarding government power overseeing/managing property).

### Other Garnishment

7. The plaintiff would appreciate a significant line of credit to begin developing some portfolio items that amplify the nature of this complaint without further delay of mechanism. $1,000,000,000,000.00 is appropriate to proctor a pace of development that may enable market ready products before any of you want to actually talk about it (in mechanism). I would feel significantly more comfortable and competent if I was allotted a very precise replication of this particular outlined line of credit per state capital. Please keep this in mind moving forward.
8. The production of legal counsel provided the court accepts at least 50% obligation from an extensive issue that legally enables appropriate claim to such personnel. Nonetheless, incurring any remaining fees of said personnel as partial settlement, preferably someone who possesses the will to enable suitable settlement for all. GEICO owes me counsel. Speaking of Government Employee Insurance Company, I'm here to very specifically regain some regulation rights, apply them to some tech, then take a particular circumstance and use it to decree further right to some regulation powers. That is outlined in the Internet Information Insurance Product I may display a part of this lawsuit, though may consider it if necessary.

Respectfully Submitted,

United States District Court
Southern District of Florida

## Certificate of service

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing        12/29/23

Signature of Plaintiff

Printed Name of Plaintiff        Jordan Owens