# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,322,803**
**Registered Apr. 13, 2021**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

Owens, Jordan D (UNITED STATES INDIVIDUAL)
5495 Diamond Loch
Columbus, OHIO 43228

CLASS 25: Hats; T-shirts; Short-sleeved or long-sleeved t-shirts

FIRST USE 2-1-2019; IN COMMERCE 1-1-2020

The mark consists of the top line having the letters and symbol "GO@" with the letter "G" having a horn on the left exterior side of the letter and pointing to the left, and the "@" symbol having the center most circle of the "@" symbol completely filled in. Also, the "@" symbol has a horn on the right exterior of symbol pointing to the right, creating the illusion of a goat/ram like figure. With the letter "I" placed horizontally slightly below the base of the "O" and not touching or connecting to above letter "O", and the letter "A" centered and placed at the base of the horizontally placed "I" creating a stick figure-like visual in the center of the design.

SER. NO. 88-286,599, FILED 02-01-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*ATTENTION MADRID PROTOCOL REGISTRANTS: The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.


## Fwd: Confirmation of Receipt

message

Jordan Owens <jdowens010@gmail.com>  
To: Jordan Owens <jdoconsult1@gmail.com>

Fri, Dec 29, 2023 at 10:28 AM

---------- Forwarded message ----------
From: **Copyright Office** <noreply@loc.gov>
Date: Mon, Feb 20, 2023, 8:18 AM
Subject: Confirmation of Receipt
To: <Jdowens010@gmail.com>

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work The Go Tee App were received by the U.S.Copyright Office on 2/20/2023.

PLEASE NOTE: Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-12248950531 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS: If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-12248950531. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

# Jordan Owens

Managing Information Systems - GO@ (Greatest of All) Brand Owner and Operator - Product Designer/Manager - Data/Process Cultivator and Delivery Lead - Business and Technology Consultant.

Miami, FL/Columbus, OH • Jdowens010@gmail.com/Jdoconsult1@gmail.com

## Objective(s):

Gain experience and apply myself effectively while working with collaborative teams in multifunctional business environments, with an emphasis on frameworks and operations involving and or using technology. I look forward to developing my skills in front-end user experience/application designing while learning new methods and providing companies with useful, efficient, and elite level products/insight in order to drive decision making, establish better practices, satisfy their business needs, and grow the company's overall organizational strength with the aim to establish a fully functional and robust work environment. Lastly, acquire any readily accessible knowledge useful in pairing with my degree in Managing Information Systems, certificate in Business Intelligence, and career as a product designer/manager to amplify industry rapport, accompany the growth of my network, and understand the many uses/needs of my domain knowledge/expertise.

## Qualifications:

✓ Excellent business acumen, great working relationships with others, exceptional public speaking/engagement skills, and friendly outgoing personality.
✓ A genuinely creative thinker that designs, implements, and delivers in areas like technology, finance, operations, and communications/content creation.
✓ A strategic and logical driven innovator with the ability to quickly learn new software and develop effective processes to support various and evolving needs.
✓ Familiar with project management, database, prototyping/visual design, and productivity processing softwares suitable for business/working environments.

## Experience:

**November 1, 2019 – Current**
**Dasher, ◦ DoorDash, Inc.**
Picked up and delivered food from and to different areas. Engaged in many interactions with merchants and customers throughout the day. Established a self driven work ethic, prioritized tasks and responsibilities, and often multitasked while managing different variables in a vast, fast paced, and constantly evolving work environment. Gained insight on how products develop during a product's life cycle and the impact that constant improvement(s) and development have on an organization, its employees, and among customers. Uncovered many aspects that a growing influential product must undertake in order to be successful and operate effectively. Completed research on how my domain expertise can extend and or manage such mechanisms with the purpose of expanding my industry knowledge. Currently developing further insight and understanding on technology based operations/service via technology, provided through a corporate entity.

**September 10, 2018 – July 29, 2019**
**Software Developer, ◦ CAS (Chemical Abstract Services of the American Chemical Society)**
Collaborated with development teams and other various departments, creating high level presentations, completing various research/analysis projects, and developing processes to incorporate into the work environment of a well established technology department in a company situated across the scientific knowledge domain (Chemistry). At the direction of the Business Technology department manager, I worked closely with the department's project manager while engaging many department/team leads to assist in maintaining presence on developing projects, meeting objectives, and rejuvenating tasks managing/intake processes. Ultimately, ensuring tasks designated to me were completed and assisting others in the management or process of completing their dedicated assignments. Matured my understanding and knowledge on Agile frameworks and processes while formally applying them in real world environments/settings.

**August 28, 2017 – November 14, 2019**
**Concierge/Security Guard, ◦ Aegis Protective Services**
Security based tasks that included a moderate level of interaction with others. Showcased superb customer service skills, attention to detail, and ability to multitask and yield direction. Developed professional networks and customer relations in a steady/fixed environment in order to provide consistent presence and maintain significant availability. Excelled at fostering an environment suitable to complete tasks and or providing exceptional service during hours I operated.

**August 20, 2016 – August 1, 2017**
**Senator of Legislation/Senator of Finance ◦ Broward College Student Government**
Performed various tasks and represented the student body of Broward College – Central Campus. Met with Florida's governing bodies and appointed legislative officials in Tallahassee. Planned budgets for student government ventures/efforts (including activities, giveaways, and travel expenses) and coordinated aligned projects with Student Life to ensure participation and enjoyment throughout the campus. Planned several events and aided on many levels of project function.

## Education:

**Columbus State College, Columbus, Ohio**
Management Information Systems (Degree) & Business Intelligence (Certification) - Curriculum included (Business Communications, Business Intelligence, Data Analytics & Reporting, Systems Analysis with Agile Development Frameworks, and Operation Management competencies).

**Broward College, Ft. Lauderhill, Florida**
Management Information Systems (Major) - Curriculum included (Computer Literacy, Coding Python, Project and Database Management courses).

**University of West Florida/ Pensacola State College, Pensacola, Florida**
Electrical Engineer (Major) - Courseload included (Advanced Mathematics and other prerequisites classes).
Sports Management (Major) - Courseload included (Various Administration and Management classes).

## Other Proficiencies & Attributes:

☐ Builds front-end user designs via websites, prototypes/walkthroughs of mobile applications, and or in-depth user experiences (detailed "flows"), develops business/operation plans, content, and creates other processes that enhance product designs and experiences for clients, companies/industries, and users.
☐ Strategically works to provide the most innovative and elite insight to expand reach of processing, practice(s), approaches, and products/operations/systems.
☐ Enjoys problem solving in depth, advanced, and complex issues using creative solutions/techniques while maintaining a practical approach to implementing.
☐ Deep thinker with a cultured mind that enables a thoughtful, influential, and effortlessly sufficient approach to issues regarding and involving people and tech
☐ Driven, focused, and memorable personality that fosters congruent effort, teamwork, and conducive feedback and or constant improvement, consistently.
☐ Self starter with a prudent, persistent, and optimistic attitude, consistent objective demeanor, and mentally stimulating spirit, in an invigorating ideal manner
☐ Caring persona fundamental in managing interpersonal/human capital constraints within nuanced operations and technically inclined domains or functions.



This site was designed with the WiX.com website builder. Create your website today. Start Now

# Public Safety Engagement

Home  About  Groups  Forum  Members

## Building Up a Community One Platform at a Time.

Below are products that I have begun planning to enable certain needs and uses in order to provide support, reinforcement, and the overall infrastructure for further enhancements involved in the public safety industry/government sector. The goal is to build a community of support/exposure of the possible benefits of said technologies, inform potential buyers of the effort put forth, and provide a forum to brainstorm technical tweaks to enable a fulfilling product once development of any of the following commences. To learn more about each product, please tap the icon above the products description and feel free to subscribe and follow for more. By viewing this page, you are implying consent to maintaining copyright and intellectual property protections regarding the following:

  

### D.A.P

Digital Access Point is a procedural approach enhanced by the use of QR Codes to enable more field knowledge transfer, response times, documentation/reporting, disclosure, and alerting processes in cases of public safety concerns. While physical contexts to support this feature are required, the resource will be applied to decals which can be placed on property like the front of homes/businesses and on vehicles to enable such data inclined procedures in hope to providing resourceful access points to support minimizing crimes like human trafficking, theft, and fraud while supporting other public health/safety efforts resulting from health related responses and the need to obtain information from potentially harmed users incapable of responding when help has arrived to a scene.

### The DATA DOT BOX

The Data Dot Box is a technical concept presenting a solution to a 50 billion dollar plus (annual) industry in data theft/exploitation. The overall approach enables a black box like story of data/information with a call and response feature to securely reference/verify the legitimacy of sensitive and/or personal data in order to transfer/confirm knowledge between entities and sources requiring such for any/whatever use possible. This is a measure that will require elite level sign off to ensure the integrity of development, maintenance, and upkeep/security of data indexed and produced throughout the life cycle of the product. This product seeks to eliminate poor data storing and solicitation practices that leave many Americans susceptible to data theft and other data exploitation crimes such as fraud and unauthorized use of sensitive personal data.

### T.I.A

The Investigate App provides an open forum/marketplace in order to enable possible solutions to developing or established, recurring crime in the community. The leading measure will allow the public to notify/indicate issues within their neighborhoods while leaving the possibility for businesses inclined in providing support to minimizing crime to list/present their solution/available service to the public, enabling an engagement once cost analysis are completed by the appropriate governing framework. In its most useful state, this product aims to be an extension/arm of government function in order to provide a refined resource to inform members of the community, enable feedback/lower level brainstorming, and source any known potential in hopes to adequately resolving issues lingering in society.

Subscribe



A DIVISION OF THE
AMERICAN CHEMICAL SOCIETY

www.cas.org

2540 Olentangy River Road
Columbus, Ohio 43202
614.447.3600

April 17, 2017

To whom it may concern,

Jordan Owens has worked as a student intern in the Technology Division of CAS since September of 2018. Jordan has served as a responsible and effective team-member in the Business Technology. Observing many strong qualities in Jordan, our managers feel that he has significant potential for future Technology roles inside and outside of our organization.

Thank you for your consideration of Jordan.



**Venki Rao**
Vice President and Chief Technology Officer
CAS, a division of the American Chemical Society
2540 Olentangy River Road
Columbus, OH 43202
Phone: 614-447-3600, ext. 3929
www.cas.org



**CAS**
A DIVISION OF THE
AMERICAN CHEMICAL SOCIETY

www.cas.org

2540 Olentangy River Road
Columbus, Ohio 43202
614.447.3600

April 17, 2017

To whom it may concern,

Jordan Owens has worked as a part-time employee in the Technology Division of CAS since September of 2018. Jordan has served as a responsible and effective Software Developer in the Business Technology department.

Observing many strong qualities in Jordan, our managers feel that he has significant potential. His creativity and ability to think outside-the-box has been an asset to our teams working in the areas of Information Systems, Software Development and Data Science.

Thank you for considering Jordan.

-Steve

**Steve Keller**
Assistant Director
skeller@cas.org
CAS, a division of the American Chemical Society
2540 Olentangy River Road
Columbus, OH 43202
Phone: 614-447-3600, ext. 2134
www.cas.org





**CAS**
A DIVISION OF THE
AMERICAN CHEMICAL SOCIETY

www.cas.org

2540 Olentangy River Road
Columbus, Ohio 43202
614.447.3600

April 17, 2017

To whom it may concern,

Jordan Owens has worked as a part-time employee in the Technology Division of CAS since September of 2018. Jordan has served as a responsible and effective team-member in the Business Technology department. Observing many strong qualities in Jordan including innovative thinking, ability to learn and to adapt quickly, my leadership team and I confidently agree that Jordan has significant potential for future Technology roles inside and outside of our organization.

Thank you for your consideration of Jordan.

-Brian

**Brian E. Brown**
Assistant Director, Application Technology
bbrown@cas.org
CAS, a division of the American Chemical Society
2540 Olentangy River Road
Columbus, OH 43202
Phone: 614-447-3825
www.cas.org





**CAS**
A DIVISION OF THE
AMERICAN CHEMICAL SOCIETY

www.cas.org

2540 Olentangy River Road
Columbus, Ohio 43202
614.447.3600

September 16, 2019

To Whom It May Concern:

Jordan Owens was an important contributor to the Business Technology function, a department within the CAS Technology Division. Jordan joined my team as a part-time employee in September 2018 through July 2019, and focused on supporting the agile and adaptive initiatives. Jordan also provided excellent data analysis, and interpretation of my team's work supply versus demand, with solid recommendations to improve the intake methods.

Jordan demonstrated a willingness to learn, and an entrepreneurial spirit of believing and recommending change to how technology teams deliver value to the internal business customers. He is energetic and passionate about his ideas, and was well thought of by his teammates.

You will find in Jordan an intelligent, passionate and technically-astute contributor.

If you would like to discuss more about Jordan, please do not hesitate to call.

Brian

Brian E. Brown
Assistant Director, Application Technology
bbrown@cas.org
CAS, a division of the American Chemical Society
2540 Olentangy River Road
Columbus, OH 43202 Phone:
614-447-3825 www.cas.org



# 2019 CAS Intern Program - Project Proposal

**Project Title:**   Lobby Labs
**Submitter:**        Jordan Owens

| Project Summary / Benefits |
|---|
| Lobby Labs is a resource lobbying tool that will aid in leveraging ACS/CAS products and customers. The completion of this project will specifically apply to marketing, business analysis, data analytics, and computer programming.<br><br>**Chemistry Influencers:** People who have the means to drive and protect the interest of our customers and better assist the mission of CAS/ACS.<br>**Companies/Corporations**: Chemistry companies and associates to these companies (Current and future Customers)<br>**Chemist:** Researchers and practitioners<br>**Common User:** Anyone who seeks information on chemistry influencers (via news/media streams, social media, and events incorporated into their Lobby Lab profile page)<br><br>The platform will be used to enable chemistry influencers to lobby corporations, chemists, and common users to build current networks and expand the influence of chemistry. Allowing companies and chemists to lobby chemistry influencers for potential networking opportunities to provide funding and legislative approval where/when necessary. Common users will access this tool to seek information on chemistry, chemistry influencers, and understand their relationships with major companies. With these capabilities, CAS will be better positioned to understand trends in chemistry and efforts of our customers to expand the industry through the acquisition of customer interests and metrics.<br><br>This project will provide CAS with capabilities which can be offered and leveraged to and by our customers. This offering will not only drive customer success but also provide data that will serve to inform and expand our product line.<br><br>In all, chemistry influencers, companies, chemists, and common users need a reliable platform to boost the knowledge and influence of chemistry in the community and access to public influencers and their events. Lobby Labs is a chemistry specific networking tool that makes influencing chemistry in the community and networking more efficient for advancement of chemistry and information science. Unlike LinkedIn and Facebook, Lobby Labs offers a specified fresh approach to networking the current standing chemist company by leveraging chemistry influencers to enable and benefit the overall growth of the expanding chemistry industry.<br><br>This project has the following benefits for Interns and CAS:<br>• Benefit the CAS Mission<br>• Increased membership for ACS and customers for CAS<br>• Elevate CAS brand, Data Analytics, and Customer Success<br>• Create a tool to extend efforts to grow and gather information in chemistry for CAS customers<br>• Provides interns real-life project experience with forward looking technology in the areas of data analytics, data science, and marketing<br>• Provides the-stepping stones towards information solutions, empowering ACS Members and Member Communities, Excellence in Education, Communicate Chemistry's Value |

# 2019 CAS Intern Program - Project Proposal

- Facilitates insight and discovery around human interaction with large datasets, beyond traditional search & retrieve

**Areas of Strategic Growth:** CAS brand, Data Analytics, and Customer Success

### Anticipated Deliverables

- JAVA website
- Mobile application
- Refined customer data that supports application functionality
- Marketing analysis and strategy to support delivery

### Interns Requested

| Area of Study / Major | # Interns proposed (Required Minimum) |
|---|---|
| Computer Science / Software Development | 4 (3) |
| Business Analyst / Data Analyst | 2 (1) |
| Total number of interns required: | 6 (4) |

### Coaches

- **Tech Coach:** Jim Perry,
- **Product Owner:** Jordan Owens
- **Management Coach:** Andre Smith
- **Scrum Master:** Collin Spears, Chris Marks

### Required Pre-Work

The following activity, specific to this team, will be required prior to the arrival of the Interns:
- Dev environment setup
- Customer data
- Backlog development (Jordan Owens, Scrum Master)

### High-level schedule

The 12 week program will be broken into 3 parts. The first 4 weeks the team will determine the scope of the functionality, which will then inform the architectural designing of the website/application. The team will also begin researching and data analysis on current CAS Customers to define the initial audience to approach.

The second 4 weeks will focus on developing a website for the lobbying tool. A marketing strategy will also be developed as part of this phase.

ACS Proprietary and Confidential

## 2019 CAS Intern Program - Project Proposal

The final 4 weeks will focus on building out the website with full functionality or pivoting to a mobile application. Completing the marketing strategy and analysis will be completed during this phase as well.

It is assumed that the work of this team will not be "production-ready" but will inform the efforts of current and future product development efforts.

# Greatest of All



Date: 02/09/2023, (First Attempt made on 10/27/2022).

To: Twitter Inc. Head Office
1355 Market Street
Suite 900
San Francisco, CA 94103

    First attempt: Twitter, Inc.
    795 Folsom St., Suite 600
    San Francisco, CA 94107

## Notice to Cease & Desist (Second Attempt):

Dear Twitter,

    This letter serves as notice of your unauthorized use of the copyrights of the GOA Brand/Trademark (Greatest of All) to promote your brand and likeness, as well as your unauthorized media which is Per Se damaging and defamatory (lack of acknowledging the source of copyright) to our brand. Your conducted actions are unwanted, unwelcome, and unacceptable.

    In addition, this shall serve as a pre-suit letter demanding that you provide us written assurance within 10 days that you will cease and desist from making any further factually misrepresented statements, transactions, and pursuing efforts regarding the source of the following copyrighted material:

    Lobby Labs - A medical facility resource allocation tool that notifies leadership and relevant management, reorders supplies, and networks/sources unavailable tech/equipment, resources, data, and expertise.**Specifically, we have noticed our copyrighted material used within the "trending" tab of your platform product (Twitter). The reciprocation of trending topics of a class of information, to present the most relevant or addressable need/topic to consumers and or end users (whether merely informative or for-profit).**

The Go Tee App - A neater, cleaner, wittier, and funnier version of Twitter and Facebook. "The confidential" post social media that sets trends by putting the best post on a t-shirt. **Specifically, we have noticed our copyrighted material being used within the "vibes" feature of your platform (Twitter). The function of applying tags to "set"/describe environments that will apply to posts being made on the platform.**

*Please consider and respond promptly. It will be considered if settlement is appropriate when prompted with any material worthy to be met with consideration. I am a fan of Twitter, not of the circumstances in which I have approached Twitter Inc.*

Thank you,
Jordan Owens

Correspondence: Jdoconsult1@gmail.com

# Greatest of All



Date: 10/27/2022

To: Chemical Abstract Services
      2540 Olentangy River Road
      Columbus, Ohio 43202 U.S.A.

## Notice to Cease & Desist

Dear CAS,

      This letter serves as notice of your unauthorized use of the copyrights of the GOA Brand/Trademark (Greatest of All) to promote your brand and likeness, as well as your unauthorized media which is Per Se damaging and defamatory (lack of acknowledging the source of copyright) to our brand. Your conducted actions are unwanted, unwelcome, and unacceptable.

In addition, this shall serve as a pre-suit letter demanding that you provide us written assurance within 10 days that you will cease and desist from making any further factually misrepresented statements, transactions, and pursuing efforts regarding the source of the following copyrighted material:

Lobby Labs - A medical facility resource allocation tool that notifies leadership and relevant management, reorders supplies, and networks/sources unavailable tech/equipment, resources, data, and expertise.

**Specifically, we have noticed our copyrighted material used within your platform product (CAS Insights). The reciprocation of trending topics of a class of information, to present the most relevant or addressable need/topic to consumers and or end users (whether merely informative or for-profit).**

*Please consider and respond promptly. It will be considered if settlement is appropriate when prompted with any material worthy to be met with consideration.*

Thank you,
Jordan Owens

Correspondence: Jdoconsult1@gmail.com

# Greatest of All



Date: 03/01/23

To: DEMOCRATIC NATIONAL COMMITTEE
430 South Capitol Street Southeast
Washington, DC 20003

## Notice to Cease & Desist (Demand Letter):

Dear DEMOCRATIC NATIONAL COMMITTEE,

This letter serves as notice of your unauthorized use of the copyrights of GO@ Brand/Trademark (Greatest of All) to profit/promote your brand, likeness, as well as any unauthorized media which is per se damaging and defamatory (lack of acknowledging the source of copyright) to our brand. Your conduct/actions/pursuits/efforts are unwanted, unwelcome, and unacceptable. Stating that by definition:

"As a general matter, copyright infringement occurs when a copyrighted work is reproduced, distributed, performed, publicly displayed, or made into a derivative work without the permission of the copyright owner."
-www.copyright.gov

In addition, this shall serve as a pre-suit letter demanding that you provide us written assurance within 10 days that you will cease and desist from making any further factually misrepresented statements, transactions, and pursuing efforts regarding/stemming from the source of the following copyrighted material (excluding any settlement with GO@):

The Go Tee App - A neater, cleaner, wittier, and funnier version of Twitter and Facebook. "The confidential" post social media that sets trends by putting the best post on a t-shirt (taking cultural/socially conceptualized material, cultivating/curating it through social media platforms including but not limited to The Go Tee App specifically, and displaying a forward facing experience/result through an applied fashion design and/or other "technical features").

**Specifically, we have noticed our copyrighted material being reproduced, distributed, publicly displayed, or made into a derivative work without our permission on/by:**

**https://store.joebiden.com/will-you-shut-up-man-black-t-shirt/ (currently disabled)**

*Please consider and respond promptly. Settlement will be considered appropriate and established when prompted with any material worthy enough to neutralize, nullify, and offset said infringement. Please note: the source of this particular exploit will also be made aware of such infringement(s), as soon as possible. You are not permitted to pursue, address, or attempt to resolve any inconveniences stemming from your infringement and/or the source of said or such exploit without our consent.*

Thank you,
Jordan Owens

Correspondence: Jdoconsult1@gmail.com

# FLORIDA TRAFFIC CRASH REPORT
LONG FORM ☐ SHORT FORM ☒ UPDATE ☐
(Electronic Version)

DHSMV-SAFETYMOTOR VEHICLES
TRAFFIC CRASH RECORDS
NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0537

| Date of Crash | Time of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|---|
| 23/Oct/2023 04:49 PM | 23/Oct/2023 04:49 PM | 23/Oct/2023 12:00 AM | 2023013285 | 25902396 |

## CRASH IDENTIFIERS

| County Code | City Code | County of Crash | Place or City of Crash | Within City Limits | Time Reported | Time Dispatched |
|---|---|---|---|---|---|---|
| 06 | 32 | PALM BEACH | BOCA RATON | Yes | 23/Oct/2023 04:49 PM | 23/Oct/2023 04:49 PM |

| Time on Scene | Time Cleared Scene | Completed | Reason (if Investigation NOT Completed) | Notified By |
|---|---|---|---|---|
| 23/Oct/2023 04:49 PM | 23/Oct/2023 05:04 PM | Yes | | Law Enforcement |

## ROADWAY INFORMATION

| Crash Occured On Street, Road, Highway | At Street Address# | At Lattitude | and Longitude |
|---|---|---|---|
| W GLADES RD | 5860 | | |

| At Feet | Or Miles | Direction | From Intersection With Street, Road, Highway | Or From Milepost # |
|---|---|---|---|---|
| | | | | |

| Road System Identifier | Type Of Shoulder | Type Of Intersection |
|---|---|---|
| 9 Parking Lot | 2 Unpaved | 1 Not at Intersection |

## CRASH INFORMATION (Check if Pictures Taken) ☐

| Light Condition | Weather Condition | Roadway Surface Condition | School Bus Related | Manner Of Collision |
|---|---|---|---|---|
| 1 Daylight | 1 Clear | 1 Dry | 1 No | 7 Rear to Rear |

| First Harmful Event Type | First Harmful Event | First Harmful Event Location | Within Interchange | First Harmful Event Relation to Junction |
|---|---|---|---|---|
| | 14 | 8 In Parking Lane or Zone | No | 1 Non Junction |

| Contributing Circumstances: Road | Contributing Circumstances: Road | Contributing Circumstances: Road |
|---|---|---|
| 1 None | | |

| Contributing Circumstances: Environment | Contributing Circumstances: Environment | Contributing Circumstances: Environment |
|---|---|---|
| 1 None | | |

| Work Zone Related | Crash In Work Zone | Type Of Work Zone | Workers In Work Zone | Law Enforcement In Work Zone |
|---|---|---|---|---|
| 1 No | | | | |

## VEHICLE (Check if Commercial) ☐

| Vehicle | Motor Vehicle Type | Hit and Run | Veh License Number | State | Reg. Expires | Permanent Reg. | VIN |
|---|---|---|---|---|---|---|---|
| 2 | 1 Vehicle in Transport | 1 No | QXIL99 | FL | 30/Jun/2023 | No | KL4MMBS24PB102748 |

| Year | Make | Model | Style | Color | Extent of Damage | Est. Damage | Towed Due To Damage | Vehicle Removed By | Rotation |
|---|---|---|---|---|---|---|---|---|---|
| 2023 | BUIC | | SUV | WHI | Functional | 1000 | No | DRIVER | |

| Insurance Company | Insurance Policy Number |
|---|---|
| SELF INSURED | NA |

| Name of Vehicle Owner (Check Box If Business) ☒ | Current Address (Number and Street) | City and State | Zip Code |
|---|---|---|---|
| ER TRAVEL LLC | 100 SE 20 ST | FORT LAUDERDALE FL | 33316 |

| Trailer One: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|
| Trailer Two: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |

| Vehicle Traveling: | Direction | On Street, Road, Highway | At Est. Speed | Posted Speed | Total Lanes |
|---|---|---|---|---|---|
| | North | PARKING LOT | | | 1 |

| CMV Configuration | Cargo Body Type | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|
| Comm GVWR/GCWR | Trailer Type (trailer one) | Trailer Type (trailer two) | 7 / 18. Undercarriage / 19. Overturn / 20. Windshield / 21. Trailer | 7 / 18. Undercarriage / 19. Overturn / 20. Windshield / 21. Trailer |
| Haz. Mat. Release | Haz Mat. Placard | Number | Class | | |

| Motor Carrier Name | US DOT Number |
|---|---|

| Motor Carrier Address | City and State | Zip Code | Phone Number |
|---|---|---|---|

| Comm/Non-Commercial | Vehicle Body Type | Vehicle Defects (one) | Vehicle Defects (two) | Emergency Vehicle Use | Special Function of MV |
|---|---|---|---|---|---|
| | 16 (Sport) Utility Vehicle | 1 None | | 1 No | 1 No Special Function |

| Vehicle Maneuver Action | Trafficway | Roadway Grade | Roadway Alignment | Most Harmful Event | Most Harmful Event Detail |
|---|---|---|---|---|---|
| 1 Straight Ahead | 5 One-Way Trafficway | 1 Level | 1 Straight | 2 Collision with Non-Fixed Object | 14 Motor Vehicle in Transport |

| Traffic Control Device For This Vehicle | First (1) Sequence of Events | Second (2) Sequence of Events | Third (3) Sequence of Events | Fourth (4) Sequence of Events |
|---|---|---|---|---|
| 1 No Controls | 2 Collision with Non-Fixed Object / 14 Motor Vehicle in Transport | | | |

## VEHICLE (Check if Commercial) ☐

| Vehicle | Motor Vehicle Type | Hit and Run | Veh License Number | State | Reg. Expires | Permanent Reg. | VIN |
|---|---|---|---|---|---|---|---|
| 1 | 1 Vehicle in Transport | 1 No | 05BEJH | FL | 14/Sep/2023 | No | KM8J33A47HU520551 |

| Year | Make | Model | Style | Color | Extent of Damage | Est. Damage | Towed Due To Damage | Vehicle Removed By | Rotation |
|---|---|---|---|---|---|---|---|---|---|
| 2017 | HYUN | | SUV | BRO | Functional | 1000 | No | DRIVER | |

| Insurance Company | Insurance Policy Number |
|---|---|
| GEICO | 4232330144 |

HSMV 90010 S                                                                                   Page 1 of 3

| | | | | |
|---|---|---|---|---|
| Date of Crash 23/Oct/2023 04:49 PM | Date of Report 23/Oct/2023 04:49 PM | Invest Agency Report Number 2023013285 | | HSMV Crash Report Number 25902596 |

| Name of Vehicle Owner (Check Box If Business) ☐ KRISTOPHER GRANT JACOBS | Current Address (Number and Street) 829 NW 2ND AVE | City and State FT LAUDERDALE FL | Zip Code 33311 |
|---|---|---|---|

| Trailer One: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|
| Trailer Two: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |

| Vehicle Traveling: | Direction West | On Street, Road, Highway PARKING LOT | At Est. Speed 5 | Posted Speed | Total Lanes 1 |
|---|---|---|---|---|---|

| CMV Configuration | Cargo Body Type | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|
| Comm GVWR/GCWR | Trailer Type (trailer one) | Trailer Type (trailer two) | |
| Haz. Mat. Release | Haz Mat. Placard | Number | Class |

| Motor Carrier Name | US DOT Number | | |
|---|---|---|---|
| Motor Carrier Address | City and State | Zip Code | Phone Number |

| Comm/Non-Commercial | Vehicle Body Type 16 (Sport) Utility Vehicle | Vehicle Defects (one) 1 None | Vehicle Defects (two) | Emergency Vehicle Use 1 No | Special Function of MV 1 No Special Function |
|---|---|---|---|---|---|
| Vehicle Maneuver Action 4 Backing | Trafficway 5 One-Way Trafficway | Roadway Grade 1 Level | Roadway Alignment 1 Straight | Most Harmful Event 2 Collision with Non-Fixed Object | Most Harmful Event Detail 14 Motor Vehicle in Transport |
| Traffic Control Device For This Vehicle 1 No Controls | First (1) Sequence of Events 2 Collision with Non-Fixed Object 14 Motor Vehicle in Transport | Second (2) Sequence of Events | Third (3) Sequence of Events | Fourth (4) Sequence of Events | |

## PERSON RECORD

| Person# 1 | Description 1 Driver | Vehicle # 1 | Name KRISTOPHER GRANT JACOBS | Date of Birth ████84 | Sex 1 Male | Phone Number | Re-Exam No |
|---|---|---|---|---|---|---|---|
| Address 829 NW 2ND AVE | | City FT LAUDERDALE | | State FL | | Zip Code 33311 | |
| Driver License Number J212507843340 | State FL | Expires 14/Sep/2030 | DL Type 5 E/Operator | Req. End. 3 No Req Endorsement | Injury Severity 1 None | Ejection 1 Not Ejected | |
| Restraint System 3 Shoulder and Lap Belt Used | Air Bag Deployed 2 Not Deployed | Helmet Use | Eye Protection | Seating Location Seat 1 Left | Seating Location Row 1 Front | Seating Location Other | |
| Drivers Actions at Time of Crash (first) 4 Improper Backing | | Drivers Actions at Time of Crash (second) | | Driver Distracted By 1 Not Distracted | | Vision Obstruction 1 Vision Not Obscured | |
| Drivers Actions at Time of Crash (third) | | Drivers Actions at Time of Crash (fourth) | | Drivers Condition at Time of Crash 1 Apparently Normal | | | |
| Suspected Alcohol Use 1 No | Alcohol Tested | Alcohol Test Type | Alcohol Test Result | BAC | Suspected Drug Use 1 No | Drug Tested | Drug Test Type | Drug Test Result |
| Source of Transport to Medical Facility 1 Not Transported | | EMS Agency Name or ID | | EMS Run Number | | Medical Facility Transported To | |

## PERSON RECORD

| Person# 2 | Description 1 Driver | Vehicle # 2 | Name JORDAN DEVON OWENS | Date of Birth ████95 | Sex 1 Male | Phone Number | Re-Exam No |
|---|---|---|---|---|---|---|---|
| Address 5495 DIAMOND LOCH | | City COLUMBUS | | State OH | | Zip Code 43228 | |
| Driver License Number UW152909 | State OH | Expires 15/Nov/2025 | DL Type 5 E/Operator | Req. End. 3 No Req Endorsement | Injury Severity 1 None | Ejection 1 Not Ejected | |
| Restraint System 3 Shoulder and Lap Belt Used | Air Bag Deployed 2 Not Deployed | Helmet Use | Eye Protection | Seating Location Seat 1 Left | Seating Location Row 1 Front | Seating Location Other | |
| Drivers Actions at Time of Crash (first) 1 No Contributing Action | | Drivers Actions at Time of Crash (second) | | Driver Distracted By 1 Not Distracted | | Vision Obstruction 1 Vision Not Obscured | |
| Drivers Actions at Time of Crash (third) | | Drivers Actions at Time of Crash (fourth) | | Drivers Condition at Time of Crash 1 Apparently Normal | | | |
| Suspected Alcohol Use 1 No | Alcohol Tested | Alcohol Test Type | Alcohol Test Result | BAC | Suspected Drug Use 1 No | Drug Tested | Drug Test Type | Drug Test Result |
| Source of Transport to Medical Facility 1 Not Transported | | EMS Agency Name or ID | | EMS Run Number | | Medical Facility Transported To | |

## NARRATIVE

V2 HAD BACKED EAST FROM A PARKING SPACE IN THE PARKING LOT OF 5860 W GLADES RD AND WAS FACING NORTH. V1 WAS BACKING WEST FROM A PARKING SPACE IN THE SAME PARKING LOT. D1 FAILED TO SEE THAT V2 WAS BEHIND HIM. THE LEFT REAR OF V1 COLLIDED WITH THE RIGHT REAR OF V2.

## REPORTING OFFICER

| ID/Badge # A482 | Rank and Name COMMUNITY SERVICE OFFICER K. LINTZERIS | Department BOCA RATON POLICE DEPARTMENT | Type of Department PD |
|---|---|---|---|