FILED BY_____D.C.

JAN 16 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

United States District Court
Southern District of Florida

| Plaintiff: Jordan Owens | Case No. 1:23-CV-24937-BB |
|---|---|
| Defendant: The United States of America | Honorable Judge Bloom |

## Notice of Proof Upon Review & Appeal

Now comes the plaintiff to support the proceeding claim(s) in reference to jurisdiction (prompting federal question) and establish proof. I may not understand or comprehend this mechanism's banter, but this seems like an odd dynamic of my First Amendment when the one seeking redress is prompted with the idea that those situated to address and appropriate such claims (in general) choose to fault on such mechanisms "due course"/"way of process" of reducing one's First Amendment by default. The inability to refrain from allowing such rights to be infringed so drastically in relation to this particular lawsuit is well situated proof in itself, though this court allowed the right to be reduced as a possible defense mechanism (due to omission/professional negligence). Refusal by a court proctor/facilitator in such a way that a court (or the public) is led to believe that such denial to a claim is based solely on merit alone is questionable in relation to representation that should ensue nonetheless. Not to be completely ignorant to any potentially well established approaches to any possible conflict, but protecting anyone's First Amendment is no different than enforcing it (because if I had to use a mechanism's self defense standard to address its most certain ploy of scrutiny and integrity it would be done by uttering the effect of a self defense standard allowed in the same environment to bypass liability in human life/assumption of rights if and when it must act as a defendant). Now, why such a great and prestigious mechanism is being defensive without considering it appropriate to acknowledge what is the cause of such interjected reflection is when the organisms (beings) of such reluctant constraint (of rapport and trade) are relying on such an extensive framework of process and that mechanism feels the need to be defensive is a tremendous inquiry of thought, if not anything else but internal conflict and concerning conduct opposed to the level of prestige we require within our legal system. Denying one a right to jury on the basis of a defense only to claim the plaintiff potentially may not even be able to prove it is inciteful (when you want to "control" the dockets of such mechanism, just to rely on a procedurally approached mechanism that jargons the idea that once reviewed, determination may fault on the same conclusion of a lower court which was certain to announce there was no proof provided at the time of conclusion, yet refused to continue on to the proof without negating one's First Amendment).

Upon reviewing this document/proceeding (pun intended), the court should establish that though proof no longer applies to this claim due to jurisdiction at the moment (but having endured a premature ruling), if a higher court deems it appropriate to allow such lower court hold jurisdiction (seeing a lower court has already decided on lack of proof) then the stage is set for a motion to set aside judgment. Hopefully this court understands the nature of the underlying issue as it concerns my approach. I merely proved the lack of effort to support my First Amendment before proving my claim because it is literally how you shift the burden of proof on to a defensive mechanism to an antitrust lawsuit that is apparently willing to insist I lack proof in a framework that almost is in existence for documentation and proofing purposes, specifically. The plaintiff lastly asserts that such conduct of forcing the effort in establishing proof outside of the normal process within this particular legal confine is/will be more succinctly responsible for ensuring this mechanism is made more redundant than anything the plaintiff could possibly utter or do (because you currently do not represent me for some reason, hopefully its not due to perceiving me as a criminal because there are quite some parallels to be drawn at the moment). Ironically, I am attempting to enforce my first amendment to ensure that the collection of government frameworks are more productive, while redress remains a two side constraint.

I enjoy logic battles, primarily because I am better at it (being logical). The United States insisted on embarking on a representation conversation before thinking it was appropriate to seek and obtain proof which honestly seems like a proven approach to a well established mechanism. If I had to guess, it would be due to a potential desire to omit and avoid abuse of such sacred environment. The court's denial is circumstantial to the law of absence of evidence is not the evidence of absence.

Your honor, I have been screaming lack of infrastructure for years within this legal confine and to think calling my bluff on proof of a framework that can literally make me disappear for perjury (though somewhat dark in humor, would be a more competent way to address frivolous conduct of plaintiff's if it was not for the fact that this claim is practically as legitimate as gets. Let alone, the simple mention of the defensiveness of the acting mechanism in relation to avoiding abuse of the mechanism is undeniable. It's a shame the United States is currently on the other side of said legitimacy but it is not like I did not literally attempt to address and resolve such a known understanding, which was met with refusal…?). Frankly, at the point in which we stand opposite of mentioned takes to addressing the nature of this particular concern, one could infer that I am being forced to prove this to protect my First Amendment and in doing so with the understanding that the court is unwilling to do so (not to refuse discovery, due process, and the right to redress for the sake of more than just myself) should be view as a valuable asset in relation to the detriment of concern such asset has endured. Based on the direction of this process, if I ultimately am able to tweak this mechanism to regress back to this specific filling (or address the matter at hand) then the plaintiff asserts he should be well compensated due to the lack of infrastructure, if anything. If the U.S Copyright office has yet to complete an application process that would support the underlying claim(s), what luxuries (in way of rights) do I find appropriate to continue to establish my works through such framework to secure the granted rights/powers from Copyright/Patent allotment, in which will be disclosed when proving the transgression of those government powers involved? Further, would it not just be a waste of time if you're forcing me to wait on you given the circumstances of how much I am claiming I am exploited. Denial is an odd reality in the way of competency when addressing a part of a framework that focuses on infrastructure the way it does just to ask to prove the inability to resolve issues before the need for legal intervention and resolve that does not lapse on the inability to act or resolve, because of a conflict of interest. I'm a religious man and to be candid, it's against my religion to waste time, yet here I am asserting that the reason why I'm in court is because the US copyright office has yet to legitimately amplify my efforts within my trade that is being refused as relevant to the circumstances in which I'm addressing before it's mechanism.

Respectfully and truthfully submitted,

Jordan Owens

# Greatest of All



Date: 02/09/2023, (First Attempt made on 10/27/2022).

To: Twitter Inc. Head Office
1355 Market Street
Suite 900
San Francisco, CA 94103

First attempt: Twitter, Inc.
795 Folsom St., Suite 600
San Francisco, CA 94107

## Notice to Cease & Desist (Second Attempt):

Dear Twitter,

This letter serves as notice of your unauthorized use of the copyrights of the GOA Brand/Trademark (Greatest of All) to promote your brand and likeness, as well as your unauthorized media which is Per Se damaging and defamatory (lack of acknowledging the source of copyright) to our brand. Your conducted actions are unwanted, unwelcome, and unacceptable.

In addition, this shall serve as a pre-suit letter demanding that you provide us written assurance within 10 days that you will cease and desist from making any further factually misrepresented statements, transactions, and pursuing efforts regarding the source of the following copyrighted material:

Lobby Labs - A medical facility resource allocation tool that notifies leadership and relevant management, reorders supplies, and networks/sources unavailable tech/equipment, resources, data, and expertise.**Specifically, we have noticed our copyrighted material used within the "trending" tab of your platform product (Twitter). The reciprocation of trending topics of a class of information, to present the most relevant or addressable need/topic to consumers and or end users (whether merely informative or for-profit).**

The Go Tee App - A neater, cleaner, wittier, and funnier version of Twitter and Facebook. "The confidential" post social media that sets trends by putting the best post on a t-shirt. **Specifically, we have noticed our copyrighted material being used within the "vibes" feature of your platform (Twitter). The function of applying tags to "set"/describe environments that will apply to posts being made on the platform.**

*Please consider and respond promptly. It will be considered if settlement is appropriate when prompted with any material worthy to be met with consideration. I am a fan of Twitter, not of the circumstances in which I have approached Twitter Inc.*

Thank you,
Jordan Owens

Correspondence: Jdoconsult1@gmail.com

# Greatest of All



Date: 03/01/23

To: DEMOCRATIC NATIONAL COMMITTEE
430 South Capitol Street Southeast
Washington, DC 20003

## <u>Notice to Cease & Desist (Demand Letter):</u>

Dear DEMOCRATIC NATIONAL COMMITTEE,

This letter serves as notice of your unauthorized use of the copyrights of GO@ Brand/Trademark (Greatest of All) to profit/promote your brand, likeness, as well as any unauthorized media which is per se damaging and defamatory (lack of acknowledging the source of copyright) to our brand. Your conduct/actions/pursuits/efforts are unwanted, unwelcome, and unacceptable. Stating that by definition:

<u>"As a general matter, copyright infringement occurs when a copyrighted work is reproduced, distributed, performed, publicly displayed, or made into a derivative work without the permission of the copyright owner."</u>
*-www.copyright.gov*

In addition, this shall serve as a pre-suit letter demanding that you provide us written assurance within 10 days that you will cease and desist from making any further factually misrepresented statements, transactions, and pursuing efforts regarding/stemming from the source of the following copyrighted material (excluding any settlement with GO@):

The Go Tee App - A neater, cleaner, wittier, and funnier version of Twitter and Facebook. "The confidential" post social media that sets trends by putting the best post on a t-shirt (taking cultural/socially conceptualized material, cultivating/curating it through social media platforms including but not limited to The Go Tee App specifically, and displaying a forward facing experience/result through an applied fashion design and/or other "technical features").

**Specifically, we have noticed our copyrighted material being reproduced, distributed, publicly displayed, or made into a derivative work without our permission on/by:**

**<u>https://store.joebiden.com/will-you-shut-up-man-black-t-shirt/ (currently disabled)</u>**

*Please consider and respond promptly. Settlement will be considered appropriate and established when prompted with any material worthy enough to neutralize, nullify, and offset said infringement. Please note: the source of this particular exploit will also be made aware of such infringement(s), as soon as possible. You are not permitted to pursue, address, or attempt to resolve any inconveniences stemming from your infringement and/or the source of said or such exploit without our consent.*

Thank you,
Jordan Owens

Correspondence: Jdoconsult1@gmail.com

# Confirmation of Receipt   Inbox



## Copyright Office  Feb 20

to me  ⌄

THIS IS AN AUTOMATED EMAIL - PLEASE DO N

Your Application and payment for the work The
App were received by the U.S.Copyright Office o
2/20/2023.

 **online application with uploaded digital deposit** *(approximately 82% of all applications)*

**T require correspondence** *(approximately 77% of all eService claims and 64% of all claims)*

**e 1.2 months**
ms can range from <1 month to 2.7 months)

**spondence** *(approximately 23% of all eService claims and 19% of all claims)*

**average 3.3 months**
(but claims can range from <1 month to 8.1 months)

**aims: online application with mail-in physical deposit** *(approximately 15% of all applications)*

**T require correspondence** *(approximately 79% of all Deposit Ticket claims and 12% of all claims)*

**average 2.7 months**
(but claims can range from <1 month to 5.7 months)

**spondence** *(approximately 21% of all Deposit Ticket claims and 3% of all claims)*

**average 6.6 months**
(but claims can range from <1 month to 13.1 months)

**plication by paper form submission** *(approximately 2% of all applications)*

**T require correspondence** *(approximately 45% of all Mail claims and <1% of all claims)*

**average 4.3 months**
(but claims can range from <1 months to 12.4 months)

**spondence** *(approximately 55% of all Mail claims and 1% of all claims)*

**average 8.2 months**
(but claims can range from <1 months to 17.7 months)

Gmail

<div align="right">Jordan Owens &lt;jdowens010@gmail.com&gt;</div>

**[Social Media Network] Draft Quote**

**Georgly Slobodenyuk** &lt;georgly@aws3.com&gt;                          Tue, Jul 4, 2017 at 3:34 PM
To: Jordan Owens &lt;jdowens010@gmail.com&gt;
Cc: Roman Yoffe &lt;ryoffe@aws3.com&gt;

Hey Jordan,

I know you I promised this to you a few weeks ago.

Very roughly, I've broken down the costs for setting up the social network (desktop / mobile website only).

- Database Configuration (Getting all universities and email headers): $1,000
- Server Setup/Configuration and Management: $4,000
- Admin (Enabling Universities, managing users, moderating posts): $5,000
- Creative Design (Branding): $1,500
- User Interface Design: $3,500
  - Home Page
  - Static Pages (About, Terms, etc.)
  - Registration / Login
  - School
  - Profile
  - My Account
  - Competitions
  - Shop
- User Interface Development (Responsive Desktop / Mobile): $5,000
- Backend/Database Programming: $12,000
  - Schools
  - Groups
  - Users (and aliases)
  - Reports (flags, moderation, etc)
  - Posts (and limits)
  - Comments
  - Votes
  - Emails
  - Competitions
  - School Transfer Proces
  - Badges (10K Club, 50K Club, 100K Club)
- Testing/Debugging: $1,000
- Project Management: $5,000
- Shop that goes to Shopify (simple): $1,000

Hosting will cost you approximately: $40/mo
Email Service will cost $5/10k emails/month
Domain will cost around $12/year

**Total Estimated Project Cost: $39,000**

Let me know if you have any questions!



Your Mobile and Web Application Development Partner

# STATEMENT OF WORK

**Date 07/24/2020**

## A. Service Fee and Payment Schedule
### Mobile Application Build

Sunflower Lab will build iOS Application for end users and Web Application for Platform Admin.

Total Cost for Mobile Application development: $28,800
Duration:  10-12 Weeks

**Payment Schedule**
- $2,500 Initial payment for the reservation of the team
- $5,300 Due after design phase is complete
- $4,000 Due after User Sign-up, Profile completed
- $7,000 Due after User Post, User Vote, Winner Board Completed
- $7,000 Due after Checkout, Payment integration
- $3,000 Due after completion of all remaining features including Web Application.

**Payment Term** – Invoice are due upon receipt.

## B. Scope of work.

- Following functionality will be included in iOS mobile app.
  - Splash Screen, 3 Application Functionality introductory screens
  - User Signup
    - Any user will be able to sign up on app with following information.
      - First Name
      - Last Name
      - User Name (Display Name)
      - Email
      - Password
    - Forget Password
  - Profile --Any user wants to buy t-Shirts needs to provide payment information. App will collect Credit card information. It will use Stripe to store credit cards and collect payment.
  - Every user account must recycle their user name at 3 months. User account will have 1 User name in first release.
  - User Post
    - User will be able to post max 3 times in week per User name.
    - User should be able to post text. No Video or images are allowed in post.

- User should be able to post Monday to Wednesday.
  - User Vote
    - User will be able to vote up to 5 times per User name.
    - User should be able to thumps up or thumb down voting.
    - Vote can be done any day for week. Only can vote current week post.
  - Winners Board
    - Every Monday winner would be declared from past week's post. User Who received maximum vote will be declared winner.
    - Winner would be able to receive free T-shirt. (Will be managed manually by operation team)
  - Checkout
    - Any user can see and order Last week's winner post printed T-Shirts.
    - User should be able to see price, review screens before order.
  - History
    - User should be able to see all transaction history.
    - User should be able to see all posts they made it.
- Following functionality will be added for Web Application.
  - Web application will be created for Platform Admin.
  - Disable any user. Admin can disable any user from platform.
  - View Financial Transaction History by date range and by posts.

Publish iOS App to Apple Account.

**Notes and Assumptions**

- ·Third Party Tool/ Extensions: Customer will need to purchase and provide details to sunflower lab, for any Third party tool/extension/plug-in, apple developer account, which require in the project.
- ·Content & Images: Content, Images, and logo required for the application will be provided by the Customer
- iOS app will support iOS 11 and higher. Android app will support Marshmallow 6.0 to Oreo 8.0
- Supported iOS Hardware - iPhone 7 and onward. Tablets (iPad, iPad mini, or iPad Pro) will not be supported.
- Mobile application will support only portrait mode. No landscape mode will be available.
- Application will be developed in English language only.
- Application will be hosted on Secure AWS Cloud. Customer will provide AWS hosting. AWS hosting is on pay as use model.

**C. Testing & Approval Process**

(1) Supplier will conduct Development Testing features/modules, as defined in SOW, to verify that their relevant criteria have been satisfied during implementation.

(2) After receiving product at end of each milestone, Customer will perform User Validation Testing and provide feedback to Supplier within 2 weeks, or at a date agreed upon between Supplier and Customer, of receiving the Product Increment.

(3) Customer shall also perform User Validation Testing of the final application upon receipt to ensure that features defined in the SOW are completed. Customer shall provide feedback to Supplier within 3 weeks of receiving the final application. During the 3 weeks validation duration, any defects or issues will be fixed without any additional cost.

(4) If no response is received from the Customer as stated in clause C(2) or C(3), then the Product Iteration and/or final application shall be deemed to be accepted and Approved.


**Sunflower Lab LLC (Supplier)**

Title: Co-Founder

Name: Ronak Patel


Signature: _R. M. Patl_

**Jordan Owens(Customer)**

Title: _____

Name: _____

Signature: _____



**𝕏 Elon Musk** ✔ 𝕏 @elonmusk · 07 Nov 22



1:22 AM · 08 Nov 22

📊 View post activity

    

This site was designed with the WIX.com website builder. Create your website today.   Start Now

# (Featured): THE GO TEE APP

Social media - The Go Tee App is a social media that allows users to post, vote, and participate in challenges and weekly contests to see whose one sente characters... "0 to 100 really quick" lol) can earn them the most "clout" (virtual point system) and make them "Go Tee". Leading to a "Post Drop" halfway t where half of all the posts made on the app that week drop off and the rest of the week is used for voting until there is a top 100 on Sunday, the top post m A neater, cleaner, wittier, and funnier version of Twitter and Facebook.



G@T

 Log In 

Home    About    The Experience    Services & Events    Prototype    Investors & Partners    Shop

## The "gotee" app.

The Go Tee App is a social media that allows users to post, vote, and participate in challenges and weekly contests to see whose one sentence limit post (100 characters... "0 to 100 really quick" lol) can earn them the most "clout" (virtual point system) and make them "Go Tee". Leading to a "Post Drop" halfway throughout the week; where half of all the posts made on the app that week drop off and the rest of the week is used for voting until there is a top 100 on Sunday, the top post making it on to a t-shirt. A neater, cleaner, wittier, and funnier version of Twitter and Facebook.



Enjoy and Create Witty Content

Post

Post to increase your chance at becoming the "Weekly Winner".

Vote

Vote on your favorite content and see who survives the "Post Drop".

Compete

Develop "T.A.C.T" and comp[ete] challenges to earn clout

Follow the Process

G@T

 Log In   

Home     About     The Experience     Services & Events     Prototype     Investors & Partners     Shop

# <u>About the Business</u>

## Changing the Game

With our innovative and insightful technology, we strive to enhance our users' every day experiences. Founded in 2017, our incredible founder has played the roles of engineer, programmer, designer, and marketer tirelessly in pursuit to have The Go Tee App at the forefront of the industry. We will continue to work relentlessly to become the technological standard, providing big picture insights and solutions for companies of all sizes. Get in touch to learn more.





## The Experience

**Game Play:**

The main goal is to earn clout by interacting with posts and other burners in order to develop your T.A.C.T game. You have 5 Posts and 10 Votes each week. You have until Thursday (12:00 am) to earn up to 25 Wager Coins by participating. Each week you will use your wager coins to increase your clout by placing wagers on the post you think will win that week and earning bonuses for each vote you place on the Top 100. Starting Thursday, you will be required to recast each vote that did not make it to that day's Top Chart.

The Go Tee App
©2023 Powered by GO®



icebreakers, and
an resources/capital
lutions by providing data
n gathering and internally
ck.

## Gotee Tee Parties

Theme parties, events, and coverage of developing stories to examine and enjoy product class, branding potential, and content setting partnerships, product enhancements, or organizational acknowledgement. Events include partnered branded presentations, releases, marketing, and data cultivation processes.

## Digital Party & Event Favors/Keepsakes

The use of technology, digital/virtual domain knowledge, and creative minds to bring subtle yet relevant level of enjoyment/engagement at any event.

partnered branded presentations, releases, marketing, and data cultivation processes.

**Yearly Event**

Event hosted to celebrate the year.

**Wait Room and Lobby Entertainment**

Enjoy at home, on the go, or in a waiting room.

**Confidential Posting**

Remain anonymous while parti... service/event.

The Go Tee App

# G@T

 Log In

Home     About     The Experience     Services & Events     Prototype     Investors & Partners     Shop



# Hello

Hey , there! I'm the founder of G@T or The "gotee" app, where the witty go to be "gotee". My name is Jordan Owens. I hold a degree in Managing Information Systems and a certificate in Business Intelligence, with which I aim and strive to provide innovative ways to enjoy more immersive digital experiences by designing and building interactive mobile apps. I hope you enjoy, we have a lot of fun to have and get too.

Resume

# Greatest of All



Date: 10/27/2022

To: Chemical Abstract Services
    2540 Olentangy River Road
    Columbus, Ohio 43202 U.S.A.

## Notice to Cease & Desist

Dear CAS,

This letter serves as notice of your unauthorized use of the copyrights of the GOA Brand/Trademark (Greatest of All) to promote your brand and likeness, as well as your unauthorized media which is Per Se damaging and defamatory (lack of acknowledging the source of copyright) to our brand. Your conducted actions are unwanted, unwelcome, and unacceptable.

In addition, this shall serve as a pre-suit letter demanding that you provide us written assurance within 10 days that you will cease and desist from making any further factually misrepresented statements, transactions, and pursuing efforts regarding the source of the following copyrighted material:

Lobby Labs - A medical facility resource allocation tool that notifies leadership and relevant management, reorders supplies, and networks/sources unavailable tech/equipment, resources, data, and expertise.

**Specifically, we have noticed our copyrighted material used within your platform product (CAS Insights). The reciprocation of trending topics of a class of information, to present the most relevant or addressable need/topic to consumers and or end users (whether merely informative or for-profit).**

*Please consider and respond promptly. It will be considered if settlement is appropriate when prompted with any material worthy to be met with consideration.*

Thank you,
Jordan Owens

Correspondence: Jdoconsult1@gmail.com



# Launch of CAS Insights introduces new destination for tracking scientific innovation trends and opportunities

Columbus, Ohio, USA – November 3, 2022 – Today, CAS, a division of the American Chemical Society that specializes in scientific information solutions, launched CAS Insights™, a new content hub at the intersection of science, technology, and innovation. Offering business and research leaders actionable perspectives on the latest developments across science and technology, CAS Insights draws on the human-curated data collection and deep scientific expertise from CAS to highlight emerging trends, unseen connections, new applications, and future opportunities across disciplines.

CAS Insights features articles, analytical reports, infographics, webinars, videos, and peer-reviewed journal publications on topics including sustainability, biotechnology, drug discovery, materials science, consumer goods, synthetic chemistry, digital R&D, and more. CAS is providing this resource to the scientific community at no cost to enable innovation leaders from the boardroom to the bench to gain a clearer view of the landscape and identify opportunities ahead so they can get breakthrough solutions to market faster.

"By the nature of our work curating, connecting, and analyzing scientific data published across the globe, CAS has a unique vantage point at the frontier of innovation that is the genesis of CAS Insights," said CAS President Manuel Guzman. "Our close engagement with scientific innovation leaders through the pandemic and recent custom services initiatives has helped us realize the impact that sharing the insights gleaned from the breadth and depth of this perspective can have on advancing solutions to critical challenges and inspiring breakthroughs that improve people's lives."



## Related Press releases

AUGUST 10, 2023 | PRESS RELEASES

**CAS and Molecule.one announce a strategic collaboration to accelerate drug discovery**

The two organizations are joining forces to develop pioneering AI-based solutions for efficient chemical synthesis planning to accelerate the development of novel pharmaceuticals.

AUGUST 4, 2023 | PRESS RELEASES

**CAS Welcomes Early-Career Scientists for the 2023 Future Leaders Program**

CAS welcomed 35 of the brightest early-career scientists from around the world to kick off the 2023 CAS Future Leaders program. The unique, week-long program will help participants develop a highly valuable set of skills: the ability to lead people, communicate effectively, and present research in an accessible and captivating manner.

AUGUST 10, 2023 | PRESS RELEASES

**CAS and Molecule.one announce a strategic collaboration to accelerate drug discovery**



develop pioneering AI-based solutions for efficient chemical synthesis planning to accelerate the development of novel pharmaceuticals.

For over 115 years, CAS has been a leader in scientific knowledge management providing data, enterprise solutions platforms, and expertise to leading innovators across commercial, academic, and government sectors. The CAS Content Collection™ is the largest human-curated collection of scientific data in the world covering discoveries published in more than 50 languages over the last 150 years. This curated dataset is built by a team of hundreds of scientists and technologists who connect the world's science to accelerate discovery.

"Over the past decade, the pace of innovation has accelerated drastically and the percentage of published research that draws from multiple scientific disciplines has more than doubled in many areas, making the landscape more complicated to navigate and important trends and valuable opportunities harder to spot," noted CAS Chief Scientific Officer Dr. Gilles Georges. "Our team of scientists and technologists takes great pride in using our unique capabilities and expertise to make these critical connections. For the first time, CAS Insights gives the world's innovators access to the invaluable learnings and perspectives of these experts with their fingers on the pulse of scientific progress."

With new content being added frequently, CAS Insights will feature high-interest topics including exosomes, microplastics, sustainable agriculture, 3D biomedical printing, and mRNA therapies in the coming months. The platform's free subscription feature is designed to keep innovation stakeholders up to date by delivering the latest insights via e-mail as soon as they are published.

## About CAS

CAS is a leader in scientific information solutions, partnering with innovators around the world to accelerate scientific breakthroughs. CAS employs over 1,400 experts who curate, connect, and analyze scientific knowledge to reveal unseen connections. For over 100 years, scientists, patent professionals, and business leaders have relied on CAS solutions and expertise to provide the hindsight, insight, and foresight they need so they can build upon the learnings of the past to discover a better future. CAS is a division of the American Chemical Society. Connect with us at cas.org.

Media contact
Rhonda Ross
cas-press@cas.org

# Lobby Labs

Home     About     Experience     Prototype

A medical facility resource and risk management allocation tool that notifies leadership and relevant management, reorders supplies, and networks/sources unavailable tech/equipment, resources, data, and expertise.

## What Makes a Resource & Risk Management Tool?


### Source

When hiccups happen with suppliers, the ability to navigate the result of whatever may happen outside your control is made simpler. Easily locate, engage, and support any temporary or permanent response to insufficient or deficient products and supplies.


### Allocate

For larger entities, provided is a tool that enables increased reach and management of items that may need to be refilled, replenished, or reallocated in order to distribute resources adequately within the domain/framework.


### Reduced Overhead

Managing resources effectively allows ro[...] dedicating time toward such practices [...] directed toward other avenues of the [...] framework and or managed to suppo[...] stressed/under supported areas of a busi[...]

## Stay up to date!

### Get Updates

Get the latest app version, news & updates. Subscribe to our newsletter.

Enter your email here*     Subscribe

# Lobby Labs

Home    **About**    Experience    Prototype

## OUR BUSINESS

### Allocating and Managing Risks

The ideal environment involves a number of access points to determine and indicate the need to allocate resources, then several capable account types to locate and restore an adequate amount of such supplies as needed/requested by processing data from requests and amplifying with loaded up decision making for responsible facility managers/board members. Data processing being at the forefront of understanding recurring problems and addressing sound and or temporary resolutions in order to require less time of those unable to determine/discuss outliers.






https://jdoconsult1.wixsite.com/lobbylabs/blank-1



Lobbying Labs to fulfill needs.

# OUR TECHNOLOGY

Advanced Solutions to modest occurrences.

Beyond initial efforts to combat wasteful environments regarding unnecessary bandwidth to problems that occur frequently, several times a day, or when lack of oversight is naturally apparent this tool allows others to maintain a level of understanding to adjust processes accordingly to ensure that such concerns are met for each customers, staffers, and members of the board collectively.

## Lobby Labs

©2023 by GO®

jdoconsult1@gmail.com



Search X                    ⚙

**For you**    **Trending**    **News**    **Sports**    **Entert**

## United States trends

1 · Politics · Trending                    ⋮

**Iowa**

Trending with Joy Reid, MSNBC

2 · Sports · Trending                    ⋮

**#IDontWantToOverreactBUT**

1,301 posts

3 · Only on X · Trending                    ⋮

**#tuesdayvibe**

Trending with #TuesdayMotivaton

4 · NFL · Trending                    ⋮

**Jason Kelce**

72.1K posts

5 · Entertainment · Trending                    ⋮

**Noah Schnapp**

50K posts

6 · Gaming · Trending                    ⋮

**Ubisoft**

16.9K posts



7 · Gaming · Trending

                

# A.C.E.S

Home    About    Experience    Prototype

Allocation Controlled Environments Systems or A.C.E.S for short is a resource inquiry and reference/notification tool enabling the quick and effortless reallocation of any deficient products accessible to customers and staff in any business.

What Makes a Resource & Risk Management Tool?



**Presence**

With A.C.E.S, there is always a form or informative action to be taken without ever needing to be front and center to receive notice to replenish deficient products used by customers and staff. Such product/tool supplies a streamlined approach to the delay of information to ensure adequately equipped spaces and pleasant environments.



**Allocate**

Make managing and allocating resources seamless by streamlining the network and available reach of sourcing efforts readily obtainable through access to the platform, allowing you to review requests, consider budget constraints, and reduce the time it takes to support temporary and permanent solutions.



**Customer Satisfaction**

Allow your customers rest assured that allo... heard and addressed effectively. Such f... increase morale of staff and customer exp... when factoring the need to ensure enviro... kept and managed well through the ex... measures and data processing displayed i... use and functional platform.

## Stay up to date!

**Get Updates**

Get the latest app version, news & updates. Subscribe to our newsletter.

# A.C.E.S

Home    About    Experience    Prototype

# OUR BUSINESS

## Allocating Everywhere

Focusing on customer centric approaches, we thrive to provide a congruent approach to a far reaching problem within our business environment. Doing so has tasked us with the goal to present a platform that extends from customers and staff to managers and decision makers in hopes to achieve the most effective way to manage concerns that impact customers and businesses alike. With A.C.E.S, the needs to allocate and or replenish resources can be enabled/managed from all aspects of your service domain in order to reduce the impact/delayed need of resources required to provide the best functional environment for all enjoying the space.



# Public Safety Engagement

Home · About · Groups · Forum · Members

## Building Up a Community One Platform at a Time.

Below are products that I have began planning to enable certain needs and uses in order to provide support, reinforcement, and the overall infrastructure for further enhancements involved in the public safety industry/government sector. The goal is to build a community of support/exposure of the possible benefits of said technologies, inform potential buyers of the effort put forth, and provide a forum to brainstorm technical tweaks to enable a fulfilling product once development of any of the following commences. To learn more about each product, please tap the icon above the products description and feel free to subscribe and follow for more. By viewing this page, you are implying consent to maintaining copyright and intellectual property protections regarding the following:



**D.A.P**



**The DATA DOT BOX**

**T.I.A**







### D.A.P

Digital Access Point is a procedural approach enhanced by the use of QR Codes to enable more fluid knowledge transfer, response times, documentation/reporting disclosure, and alerting processes in cases of public safety concerns. While physical contents to support this feature are required, the resource will be applied to decals which can be placed on property like the front of homes/businesses and on vehicles to enable such data inclined procedures in hope to providing resourceful access points to support minimizing crimes like human trafficking, theft, and fraud while supporting other public health/safety efforts resulting from health related responses and the need to obtain information from potentially harmed users incapable of responding when help has arrived to a scene.

### The DATA DOT BOX

The Data Dot Box is a technical concept presenting a solution to a 50 billion dollar plus (annual) industry in data theft/exploitation. The overall approach enables a black box like store of data/information with a call and response feature to securely reference/verify the legitimacy of sensitive and or personal data in order to transfer/confirm knowledge between entities and sources requiring such for any/whatever use possible. This is a measure that will require elite level sign off to ensure the integrity of development, maintenance, and upkeep/security of data induced and produced throughout the life cycle of the product. This product seeks to eliminate poor data storing and solicitation practices that leave many Americans susceptible to data theft and other data exploitation crimes such as fraud and unauthorized use of sensitive/personal data.

### T.I.A

The Investigate App provides an open fo in order to enable/provide solutions t established/recurring crime in the co leading measure will allow the public t issues within their neighborhoods w possibility for businesses inclined in pr minimizing crime to list/present their service to the public, enabling an engag analysis are completed by the approp framework. In it's most useful state, thi be an extension/arm of government fu provide a rolling resource to inform i community, enable feedback/lower lev and source any known potential in hop resolving issues lingering in t

# Digital Access Point

Home    About    Experience    Uses/Benefits    Prototype

# D.A.P

## Digital Access Point

A QR code enabled resource/process to inform, alert, and and disseminate critical/crucial data between the public during public safety concerns and the frameworks tasked in managing such issues. Primarily a decal project with advanced data processing features, the product aims to reduce crime and enable a resourceful framework for cultivating data and managing public safety concerns effectively.



### Public Safety

An intermediary between the public and public service framework in times of crisis. Enabling notification and alert feature to create/uphold the safest of environment with ease.



### Reduced Crime

Provides sound response to crimes while enabling processes to document and alert the public of developing situations in order to reduce criminal activity and collateral damage.



### Resource Enableme

Beyond safety stipulations, this p certainly provides a profound app referencing and surrounding awar provide safe guards for everyone en and benefit.



## Why do we need the D.A.P Project?

It is becoming increasingly concerning to see the rate of crime increasing and the need to reduce or even eliminate such criminal activity. D.A.P is taking the initiative to manage and ultimately minimize crime in its entirety. By reducing the time it takes to notify public works, allowing the responding frameworks to develop an idea of circumstances prior to arriving, and essentially responding/appropriating situations remotely, including documentation on the go or via video features, D.A.P provides a go-to source to protect one's self, well-being, and peace of mind in order to restrain crime and the collateral damage that criminal activity causes others and surrounding areas. With the growing concern of missing people/human trafficking and public safety, it is not just a public safety fault but a collective effort that falls on every person. D.A.P is here to help in any way possible to provide a safe environment for everyone.



## Resource

With the use of D.A.P vinyl decals, you can have a more immersive digital experience while ensuring appropriate safety measures are taken. These decals can be placed on various surfaces such as mailboxes, cars, and storefronts to provide insight on your location and property. They also provide relevant information such as coupons, promos, and loyalty points, as well as store information like contact info, website, and hours of operation. By using D.A.P, you can have a more convenient and informative experience while maintaining your safety and well-being.

## Crime

If you ever find yourself in a situation where criminal activity is present, D.A.P can assist in detecting and reporting the crime without directly confronting the criminal and potentially instigating the situation further. This can be especially helpful in high traffic areas or times when criminals may be more reactive to addressing the issue. D.A.P can also provide sound alerts and notify the appropriate authorities to help gauge the extent of the criminal activity and inform the surrounding areas to take appropriate action. It's important to stay safe and informed, and D.A.P is here to help with that.





## Traffic & Parking

Whether a traffic stop or an accident, D.A.P offers a safer engagement for police officers and drivers alike. Being a time efficient resource to document crashes and a beneficial approach to traffic stops. Enabling a non approach procedure to ticketing. On the other hand, parking inclined features will enable more proficient management of such regarding parking, ticketing, and informing of any potential fault of obligation.

## Other Potential Uses

As a helpful resource, D.A.P can provide assistance in everyday situations such as providing housing or building numbers, managing deliveries, and outlining property rules such as "no soliciting". Additionally, D.A.P can serve as a valuable reference point for health provisions in case of severe issues when an individual is unavailable or unconscious and being tended to by paramedics. By offering such services, D.A.P aims to provide peace of mind and support to individuals in various circumstances.



# The Data Dot Box

Home    About    Experience    Uses/Benefits    Prototype

The D.A.T.A. D.O.T. B.O.X proposal aims to enhance the security of sensitive data. It creates a black box environment that stores all relevant data and requires request submission and confirmation protocols for accessing the information. The web/mobile app allows for data adjustments to fit various formats. This proposal is a valuable step towards safeguarding against data breaches and ensuring a secure data environment.



### Protect

Protect data from exploitation and misuse. Enabling measures that create a barrier between criminals and your data.



### Secure

Secure all data from unnecessary storage among numerous entities & prevent unauthorized access to & record of data.



### Provide

Provide measures to verify the necessary information to accomplish engaged transactions.

## Get Updates

Subscribe to get the great app, storage, news & more.

Home    About    Experience    Uses/Benefits    Prototype

# About

The misuse of data, poor data collection practices, and identity theft have become increasingly prevalent issues in today's digital age. To address these concerns, a federal proposal has been introduced, known as D.A.T.A. D.O.T. B.O.X (Don't ask to access "Department of Technology's" bag of confidential credentials).

The main objective of this proposal is to establish a secure environment for all accessible data in the country/world. By doing so, it aims to minimize solicitation exploits, flawed data practices, and prevent data crimes such as fraud and theft. This will be achieved by establishing protocols and procedures that enable users to store sensitive data and vendors (or solicitors) to access the data stored in D.A.T.A. D.O.T. B.O.X.

The process involves a number of steps. Firstly, users will be able to monitor and confirm access points to their data, ensuring that they have control over who is accessing their information. Secondly, solicitors will be required to specify the type of data they need, as well as outline the parameters of the data, such as the format. For example, if a property manager is applying for an apartment, they will request certain information from the applicant. This information will be confirmed through a "call and response" procedure. The applicant will confirm the information in the data box, and if necessary, provide any missing information. The data box will then verify the accuracy of the information through other sources and provide confirmation to the solicitor.

The web-enabled/mobile app will allow for constant adjustments and formatting of data to meet the needs of different solicitors. Ideally, most data will already be available through credible outlets such as banks and employers, and users will only need to update new formats and receive confirmation from these outlets to satisfy further solicitation attempts.

Overall, the proposed D.A.T.A. D.O.T. B.O.X system is a much-needed solution to the growing concerns surrounding data security. By creating a secure environment for all accessible data, it will help to prevent identity theft, fraud, and other data-related crimes, while also giving users greater control and understanding over their personal information.
and how it is being used.



## Technology used to secure, protect, and manage your data.

A key strategy for preventing data crimes is to limit who has access to your information. Sharing your data with individuals or businesses increases the risk of it being transferred, exchanged, and stored by individuals who may have harmful intentions towards your personal and sensitive data. The Data Dot Box offers a novel approach to data security that strives for an optimal environment for sharing and transferring information. This involves minimizing documentation, using paper as needed, and simplifying the process by allowing individuals to participate in formal transactions with just a cell phone, laptop, or computer. This approach prioritizes the protection of your data while maintaining the convenience of transferring information.



## Access & Notifications.

This procedure is crucial in ensuring the requester's identity is verified. The recipient will be notified of the request and should understand that access must be granted before the verification process can proceed. Typically, the requester will be present during the confirmation of the applicant's data, making permission control the first and most effective measure for referencing the data.



## Privacy.

The purpose of these measures is to enhance collective privacy. By ensuring that data is stored and managed consistently, solicitors are prevented from obtaining or possessing personal data. This promotes a level of privacy that is rarely seen in today's society. This product does not restrict solicitors or sources from referencing their produced data. Rather, it provides an overall framework that does not conflict with privacy or data protection. For example, a solicitor or source can recall all applicants they have encountered and use specific identifiers to develop an understanding of their consumer base or target audience. However, it is not permissible for solicitors to use this information to uncover a person's identity to the point where it compromises their privacy. The use of this product should be limited to its intended purpose.



Home    About    Experience    Uses & Benefits    Prototype    Members

# T.I.A

## The Investigate App

The investigate app is a platform tasked with sourcing resolutions to crimes beyond the reach of local police departments via a forum and forward facing requirements compiler for relevant services, products, and the surrounding areas.



**Forum**

Enabling a formal platform and process to inform and receive feedback on several types of circumstances presented in communities needing resolution.



**Marketplace**

Creating a space for sourcing technology, processes/procedures, and approaches/resources in order to resolve recurring crime/issues in the community.



**Enablement**

Increasing the reach of public safet... more yield and managemen... circumstances that create a stra... exceed the resources of a police d...

## Inquire.

For more information please email:



Home     About     Experience     Uses & Benefits     Prototype     Members

# About

Allow me to introduce you to The Investigate App. This platform is a game changer for communities seeking to allocate funding towards specific crime and investigation purposes in their surrounding areas. All parts involved in addressing real crime issues and concerns are broken down and recognized, effectively pinpointing constant acts of crime, prioritizing alarming acts, and determining the cost to address or eliminate them. The Investigate App allows experts in investigations, technology, public service, and the private sector to identify issues and plan strategies to alleviate the community of the problem. In real-time, the public is informed of the amount of attention, traction, and resources a project will get to satisfy their concerns. Updates, tips, opinions, and concerns can be submitted throughout the completion of a project, making it a forward-facing, real-time requirements compiler and crowd-sourcing platform. As a vendor, you can apply your abilities to tackle any and all issues of crime in your domain of expertise or range of services while gaining feedback and new clients from the public domain space. The Investigate App is a federal-level product that scales down to meet the needs of smaller municipalities. It acts as a staple of crime control and deterrence, bringing together communities and protecting our environment from real and perceived crimes from gaining any traction or lingering in our cities.





## What is T.I.A & what does it Do?

Introducing TIA (The Investigate App) - The ultimate platform that serves as a real-time investigation compiler, public forum, and private sector service intermediary. TIA empowers individuals to stay updated on current developments, and equips in-route officers with critical information about emerging situations. With TIA, entities can leverage their capacities to resolve both current and recurring crimes.

Our objective is to create a user-friendly platform that simplifies the process of data transfer and addressing coordination. It is vital for users to have a smooth communication experience and navigate the entire process with ease, while also ensuring practical procedures are in place to prevent or minimize criminal activity.

T.I.A
The Investigate App
©2023 Powered by GO@



## Sourcing.

The platform is geared toward providing a compiler for resource/requirement gathering in a forward facing fashion in order to provide ongoing disclosure of attempts, engagements, approaches, and extents in which a community issues is addressed and is being attended to in regard of minimum overhead exhausted in communicating while resolving. This process inclines potential feedback as well as readily available technology or other improvements.

## Feedback.

The induced feature that a forum-like platform enables is feedback when attempting to acknowledge recurring issues of criminal activity. Something substantial enough to note is that the return of information from simply presenting out of reach problems within a community can present knowledge and understanding to further develop and formulate a perception of crime or string of crime, better understand the extent of resolve capable, and continue to formally communicate yield through indirect communication in order to focus minds and capabilities during a stress in resources, financial support, and lack of personnel within a given framework.



crime or string of crime, better understand the extent of resolve capable, and continue to formally communicate yield through indirect communication in order to focus minds and capabilities during a stress in resources, financial support, and lack of personnel within a given framework.





## Recurring Resolution

Ultimately, T.I.A will create a constant resolution source to recurring crime(s) in communities on a rolling basis to value an open source forum that can provide absolute clarity and support, or at a minimum presentable attempt to acknowledge and inform the public of it's concerns and effort in addressing them sufficiently. Ideally, this platform may become a resource for focusing attention toward less resource enriched areas while not necessarily downplaying a collective effort enabling congruent approaches to similar issues/crime.

T.I.A
The Investigate App
©2023 Powered by GO®

 Gmail

Jordan Owens <jdowens010@gmail.com>

---

**The "Lawsuit Protection Program" (LPP)**

Jordan Owens <jdowens010@gmail.com>                                                                                       Thu, Aug 5, 2021 at 11:01 PM
To: Jordan Owens <jdowens010@gmail.com>
Cc: "Vanessa M. Griffin" <Vanessa_Griffin@fccourts.org>, "Alissa A. Sheets" <Alissa_Sheets@fccourts.org>, intakepio@columbus.gov, farism@fcmcclerk.com
Bcc: smith.5407@osu.edu, sancheza@fcmcclerk.com

Hey Gene,
(It's crazy how I solved my own problem before the court system could comprehend my situation, let alone effectively address it).

Starting to realize how small of a city Columbus really is... lol. Meant to send this last week, hope you enjoy. This is a note to self that needs witnesses based on the actual impact/effect of the information within this email. I'm writing you (Gene) so the other witnesses don't think I'm talking to myself. If anything, it's confidence, not the competence that keeps me going. I am literally idiot proofing some of the most sophisticated technology to pave the way and allow the enabling of business growth and development to prevent the effects of conflict of interest that stunts and deters many beneficial products, businesses, thoughts, ideas, and programs from reaching their full potential. (While slowly but steadily regaining my life back, and people say I'm disrespectful...? Ahh, shame. Let's see who talks to me when I'm fully up and running again). For me, "The grind literally does not stop". The sheer boredom I experience drives me to create yet is also a residual effect to being side tracked and displaced anyway. I'm bored all the time and choose to do good and channel it so effectively that when other retaliate, I have more boredom to effectively apply myself... (even when I lose, I still come out on top) ahh, life. I'm sure this is what kept MLK alive. If you ask me, stupidity and ignorance is fiable thought construct. But then again, I think I'm the genius trying to explain this to others that can't comprehend my thoughts, ideas, and mind. So who am I to fall victim to a fault in understanding, trying to explain myself?

I finally think it's time to unleash the most important (and possibly most useful) aspect of the "Infinity Org", my data store system/process. Many companies pay for storage and data security (seen/absorbed in overhead cost). To alleviate some of the burden of having to pay and support the overhead for such services, these same companies usually tend to sell the data that their products/services generate to third party companies and foreign entities.

So I have conceptualized (now formally documenting) a way to apply the data generated by many of my products and services to a cultivation process that will inherently minimize data breaches and the need to exploit users data and sensitive information supplied to my products and services.

So, the "LPP" is a content creating source within my operations framework (as for the way I am currently structuring/applying it, for now), that enables my parent brand GO@ being the technology consulting/marketing "service provider" to all of the apps and services to easily cipher (mostly The Go Tee App) of data and content (seeing it will be the main source of the data/information for content that will be generated for the sustainability of this particular cultivation process, it certainly won't limit such opportunity/outlet, as many of my apps will provide useful data and insight for the use of cultivating data into redesigned and generated content) to redesign/cultivate that data into something meaningful and versatile for the consumption of the same users producing the data and content on my applications.

This requires my data security team to immediately double down on what data is coming in and is/can be used for further content production/consumption. This forces them (data security/the "LPP") to pay close attention to the significant information being produced on my apps and determine what is relevant/profitable through the many channels my apps create (but very relevant to The Go Tee App specifically). Then, working along side my content division/team, the "LPP" (and content creators) will determine the best approach to produce content with the most relevant and useful information we receive. This will be different then monitoring content because there is already an automatic built in feature that mediates (more so allows users to directly and collectively determine the content on the app through the voting/posting features) the content that is inappropriate, irrelevant, undesirable for the masses, and builds up to what is called the "post drop" (where Thursday morning the bottom half of all the post made on The Go Tee App will drop off, leaving the top half to continue voting on until the end of the week). All other data generated is to be determined depending on the complete vetting of all other applications data outlets within my portfolio. If you ever saw the Farmers insurance commercial, it will be a spin-off of the content you saw with the storytelling in the museum of insurance policies covered by the company....

To put in perspective, the show "The Office" was entertainment that was produced on the account that we were allowed to take a more focused look at the lives of those that worked at Dunder Mifflin.

In the case of the office translating back to my cultivation process, the camera crew would basically be the "LPP" with an inverted approach essentially meaning that LPP would be a forward facing (rather than behind cameras) mediator in the sense of presenting and producing content (rather than recording the content), the content or data/information taken from users would be represented by the employees of Dunder Mifflin in this example (in terms of giving access to their thoughts and mind... 'basically their life', in regards to the way users supply/coordinate data to my app for the efforts of this specific cultivation process), and Dunder Mifflin would be the brand that would be portrayed as the source and can compare for the sake of the example in one or two items on my list (in terms of branding), GO@ or The Go Tee App specifically (right now it's GO@, but depending on how large or what conflicts present themselves in relation to the cultivation process, it may be housed directly under The Go Tee App to withstand the growth and benefit of my other applications).

The content produced by the "LPP" is meant to be approached with humor and satire like content to acknowledge and address ideas, thoughts, concepts, and questions that arise from and around the data of my applications and services. When properly applied to the the operational framework that I have in mind, it should continuously generate meaningful revenue/perspective as a relevant and immediate reference (from an internal source) to protect the intellectual property and rights of my users and my business operations (limiting conflict of interest and difficulties with housing stagnant data). I will make so much money off redesigning the content alone, that I would not have to charge for the implementation of content to the "LPP" (if desired by customers for marketing purposes) or sell data produced by my customers (to support the storing and securing of data). I will use the content to present and address issues, thoughts, and potential lawsuit concerns that may arise from any specific idea/concept that may actually/should possibly exist and was presented or generated on my applications. Then assess the marketing capabilities/opportunities and potential when the "LPP"function is fully supported within the organization structure.

In other words, the Lawsuit Protection Program is a content generator that cultivates data as a form of data security and a continuous entertainment outlet for the intellectual property rights of users, to generate revenue while the source (customers/users) of all the data produced has the chance to get around to formally addressing and pursuing the initial idea, thought, or concept that was put on any one of my relevant apps (the profitable idea/intellectual property), then take it from there. I'll say that I want a hard minimum of 10%-30% of whatever goes through the "LPP" (for data security buyout clause purposes only, depending on the amount of effort and attention that is given to any form of idea, thought, or concept) before applying marketing opportunity percentages specifically for utilizing the "LPP" or other business related channel as a marketing option (depending on possible marketing opportunities) and address accordingly from there. Basically, the more I use it, the less I charge for the buyout clause. This idea and content of the Lawsuit Protection Program may expand so rapidly that it may become the front runner for the marketing approach to my parent brand/service provider GO@ for all my applications, services, and external clients if I choose not to apply it specifically to The Go Tee App. (No need to wrap your head around all this. It will be situated, handled, and managed internally for the purpose of competition and still needs some details addressed to solidify the actual perception of intent, goal, and purpose of such an extensive cultivation process. In other words, this is the business aspect of the overall point of this message and do not feel the need to address this any further with anyone that is not internally associated, invested, or frankly, simply interested in the benefit of such great thought).

(Essentially the bottom half of the picture showcasing my "Infinity Org" structure accounts for the cultivation process I'm addressing in this email).

This is an expensive internal build to support my many works. My InvestoUr app helps carry much of the burden in addressing and advancing my efforts in supplying the data cultivation process, as it makes for an external association to utilize the "LPP" to help cultivate data produced by users and build out very capable ideas/efforts by applying them to content production, then a formal litigation process (to adequately amplify and situate possible difficulties that may arise while protecting the interests of the users that provide the most relevant data to my cultivation process) beyond the initial data cultivation approach of producing satire content. I'm working to situate and embark on suing for negligence ('business development negligence" that is...), which is difficult (obviously) and comes with many contingencies regarding interpretations and willingness. Part of the Lawsuit Protection Program will be dedicated to creating, maintaining, and enhancing a formal process to litigate negligence (in terms of business) for the purpose of business development (because conflict of interest can not prevent the expansion of business because that would ironically be a self inflicted conflict for business in it's entirety) to address the fact that we collectively can not account for new ideas in old markets and can not negate new ideas (with the understanding of needs and advancement of capabilities and uses) from existing in, or correlating with old markets.

I know I mentioned this to some capacity in prior emails and communications, but essentially the idea is that if there is new market potential or a new product of an already solidified market, my cultivation process will address high level perceived problems that may exist with such existence of product/market potential, then an individual or said product/business function should have a right to sue or be awarded monetary damages (from the IRS, government, or major insurance companies backing the market relevant to the industry in question) for the amount of years that the product/business could/should have existed dating back to the birth year of the originator of thought/idea/concept (plus interest) to protect the market of infringement during the build out of a new market/market deviation (essentially providing a market cap for the research and development part of said product/market until market entry or market spur) and the original idea (so it isn't hindered or misconstrued in any way). Then once the market is formally and finally formulated/operational (meaning product is fully vetted and capable to withstand competitive forces that come with any new market or old money entering a new space, that don't hinder the fundamental development stage) the remaining money rewarded from the business negligence lawsuit should go to the following... amplifying that product/market as the leader in said market, seeing it is the source of such and that the significance of the product or market should not be overshadowed by or because of capital deficiencies (with no limitations or formal guidelines, allowing the originator to grow and push as necessary to address the needs, capabilities, and possibilities of such products and markets). Then once the build out/market validation is completed, spurring the market for competitive entry, adequately compensate (this being the remainder of what was not used from the rewarded business negligence lawsuit return to initiate product/market build out) the originator of thought or idea/concept with whatever was remaining from the approach to the build up of product/market regarding the business negligence lawsuit, if the originator doesn't feel the need to further pursue such ideas or feels he has done enough regarding the build out process (basically addressing/instilling a buyout clause), leaving the market ready for the implementation of competition with appropriate understanding of market capabilities, to embark/proceed based on the interpretation and conclusion of facts/confirmation of research provided to and from the legal proceedings (for having to withstand an inadequate system that does not account for or formally address such circumstances appropriately and effectively). Now as for inflation (being really the only limitation of this extensive concept)... it seems like we would need to readdress stagnant money that applies to the way we formally acknowledge business relevance. My immediate thought is to determine what percentage of stagnant money (savings that apply to how money works yet also misconstrues our perspective on how it moves and applies to inflation) then account for the lack of use in determining a revised inflation definition or understanding. So, if 30% of money is stagnant, then that percentage should not be relevant to inflation determination regarding the implementation of the business negligence lawsuit process. Or maybe compose an entirely different metric so money doesn't cause such dependencies on conflict of interest with business development.

Some of the greatest minds in the world (especially in America) have gone through such unnecessary hardships and adversity to do things for others that have caused such pain and suffering...

I will never live my experience in Columbus down. The dramatic irony that Shakespeare speaks to is concerning because we literally haven't learned a damn thing from all the lessons we put in our history books regarding experiences dating back hundreds of years ago, yet we constantly think we are headed in the right direction. Personally I know my grammar and spelling is terrible (why I need an assistant) but regardless, I know for a fact that I can't just simply apply my mind and thought to just literature and speech. I am well to advanced and capable than that and those that only apply themselves to such.

Thank you,
Jordan Owens

Sent from my iPhone



**image0.jpeg**
3962K









Technical Overlap
Customers
Tech Support
External help and Extensions
Clients and Network Partners
Vice President of Public Affairs
CTO
CIO
Hybrid Tech Specialist
Chief of Finance
Finance Manager
Vice President of Payroll
Vice President of Finances
Vice President of Business Development
C.M Product 1
C.M Product 2
C.M Product 3
C.M Product 4
C.M Product 5
C.M Product 6
C.M Product 7
S.M Project 1
S.M Project 2
S.M Project 3
S.M Project 4
S.M Project 5
S.M Project 6
Administrative Assistants
1. Vendors
2. Venues
3. Ventures
Front-End
Back-End
External Competencies
Back-End
. Tech
. Finance
Operations
Communications
Product Manager
Vice President of Internal Processes
Chief of Operations
Chief of Communications
Complaints and Compliance
Manager Per Outlet
News
Media
Social Networks
Events
Research Manager
Content Controller
Content Manager
Product Feeds
Content Creators
Content Leaders
HR Culture
HR Response
HR Learning and Understanding
Back-End (Flow of process)
Research
Address
Develop
Repeat
Internal Process
Front-End (Flow of process)
Determine → Design approach
Communicate externally
Prepare Framework
Essential
Bank access Points (TBD)
To the Public
Reactions
Produce content on all platforms including Products
External
Product Market
Internal
Content
HR Market Liason(s)
Content Feedback
Reactions and Influences
Main External Process

Internal Conceptual Phase
1. Interuptations (context)
- Interupstations (How you as a person feel/see it).
- Perceptions (Important inferences to note)
- Context (Cultural Perceptions driven conversation
"Interuptation vs. Context"
2. Content
- Perception (Important Inference of the matter).
- Context (Cultural Perceptions with internal reflections noted).
- Content (Vocal/Visual Presentation) "Truth of the essence (matter). Representation
3. T-FOX (Technology - Finance Operations Communications
Application: Data Analytics
Internal Transformation of Data (Ready and Steady Data)
All T-FOX Preface (Internal Processes)
Interruptations
Perceptions
Context
Content
"Ready Data"
Initial Phase of "Infinity Org"
- multidementional (Spinning in theory)
- Down and spin around for Data
Data Visualization Process
Data
Complex store and Preview Process By Data Diggers
"Steady Data"
Visualization process
"Data Diggers" push most relevant data to exterior for initial phase of the "infinity org" to begin analyzing data as presented.
(Constant or New Data) Data from Beyond the Domain
Quick Data Refresh
Data Diggers
"Data Diggers" Data specialist that source, locate, and present data
All Data retrieved from Deals will be made public

Confidential   Customized for Lorem Ipsum LLC                                    Version 1.0

# Greatest of All

A service provider and brand.



## Table of Contents

Overview                    Trend analysis

Providing Solutions         Target audience

Project objective           Proposed solution

Market trends               Process

## Overview

A 21th century user experience, content, and gameplay brand. "Greatest of All" designs, brands, and creates user experiences for worthy businesses, clients, and concepts. Best performed around tech but not limited specifically. Other areas of user experience support include fashion, music, arts, design, virtual reality, console gaming, application implementation, real estate, marketing, policy, public relations, e-commerce, social media, big data, retail, and customer service.



## Providing Solutions

 Provide solutions through designs, products, and consulting. Our goal is to assist in identifying issues in markets, to enhance in practice, and provide resolutions/approaches while creating new products with market advantages to support the Greatest of All brand.

 Provide expert level solutions to prevent waste of technology ability/nuance, overhead, delayed processing, misuse of data, and content opportunities.



**Project objective**

Establish competencies as service provider in areas of T-FOX (technology, finance, operations, communications/content), guide understanding of range and ability of service, build out portfolio (10+ applications/operations based projects), and set the foundation for new markets/products while becoming a leader in technology and business consulting.



# Understanding the market

**Market trends**

## 01 Tender to client and markets

Servicing the market: Provide elite level services and insight to clients and market industries that need process, project, and product enhancements.

**Client Implications:**
Develop client base, market advantages, and partnership opportunities. Create a culture of assisting in any area using our core competencies, identify potential growth, determine clients limitations, find relevant opportunities that extend the market.



**Market trends**

## 02 Creating the Markets.

Building products for new markets: Having a set core product line goal is to develop each particular application to specification to t the product will be applied, and through our servicing outlet, ide market trends and market entry opportunities.

**Client Implications:**
Create new marketing spaces for current clients to reach their c or client base, and provide exponential reach in markets throug and establish a go to service capacity for current client base rev data cultivation processes and product/new market creation.

# Trend analysis

Greatest of All is a provider that enables efficiencies through tech, data processing, and consulting allowing develop our own trend analysis to support our tailored product line and new market opportunity. Discovering new markets and opportunities through serious and constructive thought processes, think tanks, and byproduct of creation from our services. As of now, our product portfolio speaks to the trends that have been analysed over the past several years and potential markets in which our product will create, moving forward.

1.  Discover Opportunities

2.  Design New Products, Processes, and Markets

3.  Service Clients and Markets

4.  Cultivate Data and Repeat

# Target audience

Our audience ranges from clients looking to design products on the C2C, C2B, B2C, or B2B level to enhancing and extending products and processes of established companies/markets.

01  |  Start up design and early level idea phase clients.

02  |  Clients moving from prototype to development phase.

03  |  Companies seeking enhancements to products and processes.

04  |  Markets attempting to set new standards, protocols, and procedures.

05  |  Derived audiences from developed new market opportunities and ideas.

**Proposed solution**

Raise capital to support and secure the core application product line (the revenue) and service outlet (Product manager/market adjusters) .

1-3 products plus 25% of operation structure per product (allow revenue and user feedback determine fulfilled roles). Have a general idea how to apply product, generate revenue (market opportunity, in app values, and external partnerships through service), build to fulfill operation of products, and develop new markets.

3-10 positions of servicing team (of 100+).

# Process



**Service clients and markets.**
Attract new clients, discover and determine adjustable markets, and extend existing products, processes and procedures for client through current and new markets.

**Design new products.**
Continuously design, develop, and implement products, enhancements, and processes to markets and support the product pipeline of the Greatest of All brand.



## Deliverables

Matching any investment 1 million dollars and under in services render to any serviceable outlet or partner in the first calendar year. Anything over 1 million dollars, will be returned through marketing opportunity on product line and minimal stakes of equity. With a 50 million dollar plus limitation of adjusted marking value of most of my products, investments surpassing that amount return larger values or equity and more meaningful stake in products. Essentially taking billions to acquire stakes in an entire portfolio.

Investment is adjustable service capacity.

### < 1m

Development of 1-3 core products, leaving overhead to drive sales and secure investments.

Render services and output equatable to investment in first year of investment.

Investment adjusted into marketing value.

### > 1m

Development of core product line and reappropriating investment to secure clients and users in effort to satisfy core revenue channel from marketing outlet on products (apart from market to drive user engagement).

Advanced investment appropriated to satisfy first year revenue.

### > 50m

The value of gains from marketing channels on a single product is roughly over 50m. With any amount over 50m in investments an adjusted value would buyout the marketing space on a product and only leave development and early level sales to drive business engagements equalling returns after 1m.

## Vision

**The start of a portfolio.**
With an idea, I began researching and valuing the cost of development, requirements, and enhanced features which lead to two separate quotes for the same app valuing rough $100,000 in technical development cost.

**Service Secured**
By 2023, I look to secure a role as a service provider and continue to [...] capital to address operation one structuring, and product/busine enhancement, features, producing content, and completing all prototypes for all [...] portfolio products. In the process applying my service to address e investments, I plan to thoroughly execute all needed content, land[...] pages, plans, and documents to [...] my robust nature.

2016

**Graduate and Grit**
In May of 2020, I graduated with a degree in Managing Information Systems and decided to grit the process of gathering product enhancement, features, producing content, and development cost for more of my portfolio that had growing since my first idea. In the process I began designing an approach to servicing my products, planning for future products, and allowing my services to be available to others.

2020

2023

2025

## Owner and Operator

# Jordan Owens

A creative mind ready to get his hands dirty to achieve practical, elite, and captivating results. Expected expand thought domains, markets, and user experiences I excel at identifying problems, providing solutions, and generating possibilities. The idealist that will alter the course of technology as we know it.

| | |
|---|---|
| Managing Information Systems | 95% |
| Business/Product development | 90% |
| Finance and Operations | 87% |
| Creative design, Content, and data. | 90% |



# Thank you.





# Greatest of All

## Technology, Content, and User Experience Brand

Please Review Our Portfolio
Before Making A Selection!

### 1

#### Novice Level Investment

1. Become a Minority Stakeholder (Owning 0.001%).
2. Pick the product you own and be apart of building network partners.
3. Earn Advertising Opportunities to display Ads on our Featured Product (The Go Tee App).
4. Enjoy Partnership Benefits.
5. Receive 10% Off Discount on (Selected/Preferred Product).

### 2

#### Moderate Level Investment

1. Become a Minority Stakeholder (Owning 0.100%).
2. Pick the product you own and be apart of building network partners.
3. Earn Up to 3 Advertising Opportunities to display Ads on our Featured Product (The Go Tee App).
4. Enjoy Partnership Benefits.
5. Receive 10% Off Discount on (Selected/Preferred Product).
6. Add 1 Board Seat for Preferred Product.

### 3

#### Elite Level Investment

1. Become a Majority Stakeholder (Owning 1.000%).
2. Pick the product you own and be apart of building network partners.
3. Earn up to 10 Advertising Opportunities to display Ads on our Featured Product (The Go Tee App).
4. Enjoy Partnership Benefits.
5. Receive 10% Off Discount on (Selected/Preferred Product).
6. Receive 10% Off Discount on Services.
7. Consider 1 Service Partnership Proposal.
8. Add 1-3 Board Seats to Preferred Product(s).

## Greatest of All
### Technology, Content, and User Experience Brand

**Best Value**

### Novice

$**10,000**

Minority Owner(s)/Partner(s) - (0.001%)



0.001% Equity in your Preferred Product.

1 Ad Partnership on our Featured Product (1 Ad Hour).

Partnership Benefits (Other Service Discounts).

Lifetime 10% Discount off (Preferred Product).

### Moderate

$**100,000**

Minority Owner(s)/Partner(s) - (0.100%)

0.100% Equity in Preferred Product (Or Among 2 Products).

Up to 3 Ad Partnerships on Featured Product.

Partnership Benefits.

Lifetime 10% Discount off (Preferred Product).

1 Board Seat on Preferred Product.

### Elite

$**10,000**

Majority Owner(s)/Part



1.000% Equity in Preferred Product

Up to 10 Ad Partnerships

Partnership B

1 Service Partners

Lifetime 10% Discount

Lifetime 10% Discount

1-3 Board Seats o

1/13/24, 11:21 AM                                    Plans & Pricing | JDO Consult

This site was designed with the WiX.com website builder. Create your website today.  Start Now

## JDO CONSULT

Not All Of The Best Ideas Come From The Top

Email: jdoconsult1@gmail.com

Home    Plans & Pricing    Portfolio    Projects    Partnerships    Process    Proposals

# Choose your pricing plan

| App Design | App Design | App Design |
|---|---|---|
| $ **8,000** | $ **35,000** | $ **250,000** |
| Consumer to consumer applications (max $20,000). | Business to consumer (or C2B) applications (max $150,000). | B2B Apps (zero max on contracts). |
| Valid for one month | Valid for one month | Valid for 3 months |
| Select | Select | Select |
| App design. | App design. | App design. |
| Concept page (website). | Concept page. | Concept page (website). |
| Tech deck and plan. | Tech deck and plan. | Tech deck and plan. |
| Financial structure plan. | Financial structure plan. | Financial structure plan. |
| Operations plan. | Operations plan. | Operations plan. |
| Revenue vetting and stream creation. | Revenue vetting and stream creation. | Revenue vetting and stream creation. |
| Data and content cultivation processes. | Data and content cultivation processes. | Data and content cultivation processes. |
| Workflows. | Workflows. | Workflows. |
| Light content. | Some content. | Most content. |
| Business plans. | Business plan. | Business Plan |
| * Project Management support during development. | Landing Page. | Landing page. |
| *Optional services with additional fees. | * Project Management support during development. | 3 Business service plans. |
| 100 Project work hour package. | *Optional services with additional fees. | 10 Personal service plans. |
| Landing Page | 300 - 500 Project work hour package. | * Project Management support during development. |
| 1 Business service plan. | 1 Business service plan. | *Optional services with additional fees. |
| 1 Personal service plan. | 3 Personal service plans. | 1000 Project work hour package. |
| Tech talks (monthly meeting with network partners). | 1 Tech talk (monthly meeting with network partners). | 3 Tech talks (monthly meeting with network partners). |
| Tech chats (15 min. 1 on 1 meeting). | 1 Tech chat (15 min. 1 on 1 meeting). | 5 Tech chats (15 min 1 on 1 meeting). |
| B Tech chats (30 min. employees and vendors only meeting). | 3 B Tech chats (30 min. meeting with employees and vendors). | 5 B Tech chats (30 min meeting with employees and vendors). |
| Networking/marketing opportunity through tech talk. | Networking/marketing opportunity through tech talk. | Networking opportunity through tech talks. |

Let's Chat!

1/13/24, 11:21 AM                                             Plans & Pricing | JDO Consult

This site was designed with the WiX.com website builder. Create your website today.    Start Now

## Starter Website

$
# 300

Build and consult (max. $1,500)

Valid for one week

Select

---

Free one hour consult.

Starter page and basic website structure.

Basic updates.

Monthly servicing available.

10 hours of prep, build, and consulting per project.

Max. 3 page project.

Personal service plan.

1 Tech talk (collaborated meeting with network partners).

1 tech chat (15 min. 1 on 1 meeting).

Networking/marketing opportunity

## Advanced Website

$
# 500

Build and consult (no max on contracts).

Valid for one week

Select

---

Free one hour consult.

Extensive website builds.

Monthly servicing available.

15 Project work hour project.

Min. 3 page project.

Business service plan (free for 3 months).

1 Tech talk a month (3 total included in this plan).

1 Tech chat a month (3 total included in this plan).

Inventory management.

Networking/marketing opportunity through tech talk.

## Hourly Consulting

$
# 250

Per hour (no max on charge per hour).

Valid for one week

Select

---

Personal plan members pricing starts at $100 per hour.

Business plan members pricing starts at $150 per hour.

Advertising plan partners pricing starts at $200 per hour.

Max project hours (up to 15 hours a day for one week).

*Pricing varies due to conflicts and project requirements.

## Personal Plan

$
# 35

Every month

Networking and Tech Support Plan

Select

---

1 Hr Monthly Consult (via Tech Talk)

Member Discount (Per Hour)

Service Deals

Statewide Network Engagement Opportunities.

1 Free tech talk (monthly meeting with network partners).

1 Free tech chat (15 min. 1 on 1 meeting).

## Business Plan

$
# 65

Every month

Networking and Tech Support Plan

Select

---

1 Hr Monthly Consult (via Tech Talk)

Member Discount (Per Hour)

Service Deals

Priority Scheduling

National Network Engagement Opportunities.

1 Free tech talk (monthly meeting with network partners)

1 Free B tech chat (30 min. meeting with staff and vendors).

## State Partnership

$
# 5,000

Every month

Ad space partnership.

Select

---

1 Hour Consult (via Tech Talk).

Service Plans.

Priority Scheduling.

1 Hour slot of marketing capability (same time Mon - Fri).

Each state ad runs 3 weeks a month or per (1) "ad cycle".

Market state wide users each ad cycle and renew monthly.

1 Business service plan.

3 Personal service plans.

1 Tech talk (monthly meeting with

**10 Year Budget**
Total budget cost (Rounded up): Overhead that will be applied to software or business function.
Projected internal growth value/worth (+70%): Insures operations and builds.
Compensation for market adjustment delay due to litigation (+30%): Safety for any items barred from development due to legal proceedings and conflict of interest.

## App 1 - Music / Social Media / Real Estate
## (2* projected payroll multiplier due to complexity of market and industry coverage)
Company payroll (90-100 employees)
8 executive positions $250,000 annually
$20,000,000
30 Tech members $150,000
$45,000,000
20 Upper managers $100,000
$20,000,000
5 Specialist $75,000
$3,750,000
50 Mid managers/content teams/assistants $50,000
$25,000,000

Employee Payroll stats
Rounded up $11,500,000 annual payroll
2* to support operation application to software application
Total payroll to support app $23,000,000
(10 year cost) $230,000,000

Projected App Development Value: $100,000
(Can grow to 3x value in iteration changes to an estimate value of $300,000 before operations)

Total budget cost (Rounded up): $230,500,000.00
Projected internal growth value/worth (+70%): $161,350,000.00
Compensation for market adjustment delay due to litigation (+30%): $69,150,000
Projected insurance needed: $461,000,000.00

## App 2 - Social Media / Clothing Line
Company payroll (90-100 employees)
8 executive positions $250,000 annually
$20,000,000
30 Tech members $150,000
$45,000,000
20 Upper managers $100,000
$20,000,000
5 Specialist $75,000
$3,750,000
50 Mid managers/content teams/assistants $50,000
$25,000,000

Employee Payroll stats
Rounded up $11,500,000 annual payroll
Ten year budget $115,000,000

Clothing line expansion (100 shirts for 1000 customers per shirt - 100,000 shirt inventory)
$15 (price of shirt wholesale) * 100,000 (inventory budget) = $1,500,000.00

App Development Value: $100,000
(Can grow to 3x value in iteration changes to an estimate value of $300,000 before operations)

Total budget cost (Rounded up): $117,000,000.00
Projected internal growth value/worth (+70%): $81,900,000
Compensation for market adjustment delay/hindered due to litigation (+30%): $35,100,000
Projected insurance needed: $234,000,000.00

## Business Function and app 1 - Waste management / Commercial cleaning services / Snow removal services

Company payroll (90-100 employees)
8 executive positions $250,000 annually
$20,000,000
30 Tech members $150,000
$45,000,000
20 Upper managers $100,000
$20,000,000
5 Specialist $75,000
$3,750,000
50 Mid managers/content teams/assistants $50,000
$25,000,000

Employee Payroll stats
Rounded up $11,500,000 annual payroll
Ten year budget $115,000,000

Projected App Development Value: $100,000
(Can grow to 3x value in iteration changes to an estimate value of $300,000 before operations)

Supplies for 2,500 trucks to cover industry (Truck of certain year driver's responsibility)

2,500 (trucks to cover industry 20 washes a week for 50 weeks) * $2,000 (supplies) = $5,000,000 * (10 years) = $50,000,000

Total budget cost (Rounded up): $165,500,000.00
Projected internal growth value/worth (+70%): $115,850,000.00
Compensation for market adjustment delay due to litigation (+30%): $49,650,000.00
Projected insurance needed: $331,000,000.00

## App 3 - Finance / Investment / Entrepreneurship / Business development

Company payroll (90-100 employees)
8 executive positions $250,000 annually
$20,000,000
30 Tech members $150,000
$45,000,000
20 Upper managers $100,000
$20,000,000
5 Specialist $75,000
$3,750,000
50 Mid managers/content teams/assistants $50,000
$25,000,000

Employee Payroll stats
Rounded up $11,500,000 annual payroll
Ten year budget $115,000,000

Projected App Development Value: $100,000
(Can grow to 3x value in iteration changes to an estimate value of $300,000 before operations)

Total budget cost (Rounded up): $115,500,000.00
Projected internal growth value/worth (+70%): $80,850,000
Compensation for market adjustment delay due to litigation (+30%): $34,650,000
Projected insurance needed: $231,000,000

## App 4 - Education
## (2* projected payroll multiplier due to complexity of market and industry coverage)
Company payroll (90-100 employees)
8 executive positions $250,000 annually
$20,000,000
30 Tech members $150,000
$45,000,000
20 Upper managers $100,000
$20,000,000
5 Specialist $75,000
$3,750,000
50 Mid managers/content teams/assistants $50,000
$25,000,000

Employee Payroll stats
Rounded up $11,500,000 annual payroll
2* to support operation application to software application
Total payroll to support app $23,000,000
(10 year cost) $230,000,000

Projected App Development Value: $100,000
(Can grow to 3x value in iteration changes to an estimate value of $300,000 before operations)

Total budget cost (Rounded up): $230,500,000.00
Projected internal growth value/worth (+70%): $80,650,000
Compensation for market adjustment delay due to litigation (+30%): $34,650,000
Projected insurance needed: $461,000,000.00


## Business Function and app 2 - Social media / lifestyle
## (Payroll multiplier to support application of intent (personnel and operations of content) to physical phone application and payroll to support consistent iteration updates and releases)
Company payroll (90-100 employees)
8 executive positions $250,000 annually
$20,000,000
30 Tech members $150,000
$45,000,000
20 Upper managers $100,000
$20,000,000
5 Specialist $75,000
$3,750,000
50 Mid managers/content teams/assistants $50,000
$25,000,000

Employee Payroll stats
Rounded up $11,500,000 annual payroll
2* to support operation application to software application
Total payroll to support app $23,000,000
(10 year cost) $230,000,000

Projected App Development Value: $100,000
(Can grow to 3x value in iteration changes to an estimate value of $300,000 before operations)

Total budget cost (Rounded up): $230,500,000.00
Projected internal growth value/worth (+70%): $80,650,000
Compensation for market adjustment delay due to litigation (+30%): $34,650,000
Projected insurance needed: $461,000,000.00

**Business function and app 3 - Social Media / lifestyle / Gaming**
**(Payroll multiplier to support application of intent (personnel and operations of content) to physical phone application and payroll to support consistent iteration updates and releases)**
Company payroll (90-100 employees)
8 executive positions $250,000 annually
$20,000,000
30 Tech members $150,000
$45,000,000
20 Upper managers $100,000
$20,000,000
5 Specialist $75,000
$3,750,000
50 Mid managers/content teams/assistants $50,000
$25,000,000

Employee Payroll stats
Rounded up $11,500,000 annual payroll
2* to support operation application to software application
Total payroll to support app $23,000,000
(10 year cost) $230,000,000

Projected App Development Value: $100,000
(Can grow to 3x value in iteration changes to an estimate value of $300,000 before operations)

Total budget cost (Rounded up): $230,500,000.00
Projected internal growth value/worth (+70%): $80,650,000
Compensation for market adjustment delay due to litigation (+30%): $34,650,000
Projected insurance needed: $461,000,000.00

**App 5 - Social Media / Fashion**
**(2* projected payroll multiplier due to complexity of market and industry coverage)**
Company payroll (90-100 employees)
8 executive positions $250,000 annually
$20,000,000
30 Tech members $150,000
$45,000,000
20 Upper managers $100,000
$20,000,000
5 Specialist $75,000
$3,750,000
50 Mid managers/content teams/assistants $50,000
$25,000,000

Employee Payroll stats
Rounded up $11,500,000 annual payroll
2* to support operation application to software application
Total payroll to support app $23,000,000
(10 year cost) $230,000,000.00

Projected App Development Value: $100,000
(Can grow to 3x value in iteration changes to an estimate value of $300,000.00 before operations)

Total budget cost (Rounded up): $230,500,000.00
Projected internal growth value/worth (+70%): $80,650,000
Compensation for market adjustment delay due to litigation (+30%): $34,650,000
Projected insurance needed: $461,000,000.00

## App 6 - Social Media / Lifestyle / Living
Company payroll (90-100 employees)
8 executive positions $250,000 annually
$20,000,000
30 Tech members $150,000
$45,000,000
20 Upper managers $100,000
$20,000,000
5 Specialist $75,000
$3,750,000
50 Mid managers/content teams/assistants $50,000
$25,000,000

Employee Payroll stats
Rounded up $11,500,000 annual payroll
Ten year budget $115,000,000.00

Projected App Development Value: $100,000
(Can grow to 3x value in iteration changes to an estimate value of $300,000.00 before operations)

Total budget cost (Rounded up): $115,500,000.00
Projected internal growth value/worth (+70%): $80,850,000.00
Compensation for market adjustment delay due to litigation (+30%): $34,650,000.00
Projected insurance needed: $231,000,000.00

## App 7 - Social Media / Lifestyle / Safety / Communications
## (2* projected payroll multiplier due to complexity of market and industry coverage)
Company payroll (90-100 employees)
8 executive positions $250,000 annually
$20,000,000
30 Tech members $150,000
$45,000,000
20 Upper managers $100,000
$20,000,000
5 Specialist $75,000
$3,750,000
50 Mid managers/content teams/assistants $50,000
$25,000,000

Employee Payroll stats
Rounded up $11,500,000 annual payroll
2* to support operation application to software application
Total payroll to support app $23,000,000
(10 year cost) $230,000,000.00

Projected App Development Value: $100,000
(Can grow to 3x value in iteration changes to an estimate value of $300,000.00 before operations)

Total budget cost (Rounded up): $230,500,000.00
Projected internal growth value/worth (+70%): $80,650,000.00
Compensation for market adjustment delay due to litigation (+30%): $34,650,000.00
Projected insurance needed: $461,000,000.00

**Business function and app 4 - Gaming / Virtual Reality / Theme Park
(Payroll multiplier for each research and development competency)**

Company payroll (90-100 employees)
8 executive positions $250,000 annually
$20,000,000
30 Tech members $150,000
$45,000,000
20 Upper managers $100,000
$20,000,000
5 Specialist $75,000
$3,750,000
50 Mid managers/content teams/assistants $50,000
$25,000,000

Payroll *5 (*R&D multiplier - overall - $60,000,000 ($57,500,000): Overhead to support market extension Projected 70% of growth will come from research and development. (Based on volume of initial organizational structure and desire to develop larger structural wealth)
Payroll established per market specifications

Vr development (mobile tech)

Vr experience (external development and incorporation of rooms, layouts, and interactions)

Online mobile and app support

Console gaming

Industry itemized list:

Extends to rented spaces and or home yards over a certain

Gaming centers/stadiums, Lots and parking/to support larger complex builds (shipping containers) Architects and interior (constantly designing complex builds and stadium layout - stadiums designed to support import export new design containers...- multimedia stadiums with gaming hub, app function/gaming feature support,  story mode capabilities, complex design and multi build capabilities to support longer shorter stories). Story/mission writers, Engineering and mechanical design engineers (shipping containers and handling), Stadium hands and mission support staff, Maintenance and specialist, Location staff (quarry, farms, large buildings, reconstruction staff, build teams, travel staff, managers, transportation). Scene setters (visuals and ad content team). Gaming aspect in-house and for the public, Game designers and developers, Testers, App designers for gaming and stat keeping (for multiplayer and cross app capabilities) Console games.

Employee Payroll stats
Rounded up $11,500,000 annual payroll
5* to support operation and research and development
Total payroll to support app $60,000,000
(10 year cost) $600,000,000

Projected App Development Value: $100,000
(Can grow to 100x value in iteration changes to an estimate value of $10,000,000 before operations)

Game production budget average Rounded up: $100,000,000 (right now about 5-7 gaming concepts.) $100,000,000 * 7 = $700,000,000.00

Build Budget average: $2,000,000,000.00 (for stadiums and similar builds - large real estate reconstruction, multimedia experiences, quarry, and farmland builds.) Projected 100+ build types can be applied to business functions. $2,000,000,000 *300 (100 national and 200 international) = $600,000,000,000.00

Total budget cost (Rounded down): $600,500,000,000.00
Projected internal growth value/worth (+70%): $420,350,000,000.00
Compensation for market adjustment delay due to litigation (+30%): $180,150,000,000.00
Projected insurance needed: $1,200,000,000,000.00

**Service Provider 1 - Technology / Finance / Operations / Communications (T - FOX) Consulting**

Company payroll (90-100 employees)
8 executive positions $250,000 annually
$20,000,000
30 Tech members $150,000
$45,000,000
20 Upper managers $100,000
$20,000,000
5 Specialist $75,000
$3,750,000
50 Mid managers/content teams/assistants $50,000
$25,000,000

Employee Payroll stats
Rounded up $11,500,000 annual payroll
Ten year budget $115,000,000

Total budget cost (Rounded up): $115,000,000.00
Projected internal growth value/worth (+70%): $80,500,000.00
Compensation for market adjustment delay due to litigation (+30%): $34,500,000.00
Projected insurance needed: $230,000,000.00

| 10 Year Budget | | |
| --- | --- | --- |
| (10+ High Growth Tech Company Concepts) | | |
| | | |
| Label | Budget Cost | Projected Insurance needed |
| App 1 | $230,500,000.00 | $461,000,000.00 |
| App 2 | $117,000,000.00 | $234,000,000.00 |
| Business Function and app 1 | $165,500,000.00 | $331,000,000.00 |
| App 3 | $115,500,000.00 | $231,000,000.00 |
| App 4 | $230,500,000.00 | $461,000,000.00 |
| Business Function and app 2 | $230,500,000.00 | $461,000,000.00 |
| Business Function and app 3 | $230,500,000.00 | $461,000,000.00 |
| App 5 | $230,500,000.00 | $461,000,000.00 |
| App 6 | $115,500,000.00 | $231,000,000.00 |
| App 7 | $230,500,000.00 | $461,000,000.00 |
| Business Function and app 4 | $600,500,000,000.00 | $1,200,000,000,000.00 |
| Service Provider 1 | $115,000,000.00 | $230,000,000.00 |
| Total | $602,511,500,000.00 | $1,204,023,000,000.00 |
| Total Per Year | $60,251,150,000.00 | $120,402,300,000.00 |

Living cost = $30,000



Lobby Labs

A medical facility resource allocation tool that notifies leadership and relevant management, reorders supplies, and networks/sources unavailable tech/equipment, resources, data, and expertise.

Investour

A product development tool that enables the engagement entrepreneurs need to showcase, view, and understand developing products/concepts while providing the best interface to produce needed information to and for investors.



This site was designed with the WiX.com website builder. Create your website today.   Start Now

investors.

College Connect

A workload management app that helps
find a tutor on campus. This tool also
creates study plans and sends
notifications to support semester goals.

DJ App

A real time playlist sharing application
and music tour builder. Enrolling artist to
pave there own career, venues to find
evolving talent, and fans to jam to all
their favorite tunes at anytime with their
friends.

jdoconsult1.wixsite.com/jdoconsult/app-landing-page

New Chrome available

This site was designed with the WIX.com website builder. Create your website today. Start Now

GoT

The "gotee" app is a neater, cleaner, wittier, and funnier version of Twitter and Facebook. "The confidential" post social media that sets trends by putting the best post on a t-shirt.

Fit It

An outfit app that allows users to share photos and videos or their wardrobe, become models, brand ambassadors, and profit from high priced items like shoes and accessories. This app is on pace to set the standard for online boutique culture.

Let's Chat!

74°F Sunny

Search

8:06 AM
1/16/2024



jdoconsult1.wixsite.com/jdoconsult/app-landing-page

This site was designed with the WiX.com website builder. Create your website today. Start Now

Boss Pressure

A Luxury pressure washing concept tasked with rinsing off driveways, sidewalks, and parking lots to remove debris and odors from pavements as frequently as every waste management service days. Mainly for apartments and commercial properties but who doesn't like a clean sidewalk?

Room Me

An organization application that allows you to situate living arrangements and manage different factors associated with having roommates





om/jdoconsult/app-landing-page

New Chrome available

This site was designed with the WIX.com website builder. Create your website today. Start Now

Garner Gauntlet

A hype house concept for gamers to participate in a gaming tournaments while living together and creating content for a YouTube channel or media stream.

Digital Access Point

A QR code enabled resource/process to inform, alert, and and disseminate critical/crucial data between the public during public safety concerns and the frameworks tasked in managing such issues. Primarily a decal project with advanced data processing features, the product aims to reduce crime and enable a resourceful framework for cultivating data and managing public safety concerns effectively.

Let's Chat!

Search

8:07 AM
1/16/2024

jdoconsult1.wixsite.com/jdoconsult/app-landing-page

This site was designed with the WIX.com website builder. Create your website today.   Start Now

## Data Dot Box

The D.A.T.A. D.O.T. B.O.X proposal aims to enhance the security of sensitive data. It creates a black box environment that stores all relevant data and requires request submission and confirmation protocols for accessing the information. The web/mobile app allows for data adjustments to fit various formats. This proposal is a valuable step towards safeguarding against data breaches and ensuring a secure data environment.

## The Investigato App

The Investigato app is a platform tasked with sourcing resolutions to crimes beyond the reach of local of local police departments via a forum and forward facing requirements compiler for relevant services, products, and the surrounding areas



A.C.E.S

Allocation Controlled Environments or A.C.E for short is a resource inquiry and reference/notification tool enabling the quick and effortless reallocation of any deficient products accessible to customers and staff in any business.

GO®

A 21th century user experience, content, and gameplay brand. "Greatest of All" brands and creates user experiences for worthy businesses, clients, and concepts. Best performed around tech but not limited specifically. Other areas of user experience support include fashion, music, arts, design, virtual reality, console gaming, application implementation, real estate, marketing, policy, public relations, e-commerce, social media, big data, retail, and customer service.



## UNITED STATES POSTAL SERVICE.

ALRIDGE
400 NW 7TH AVE
FORT LAUDERDALE, FL 33311-9997
(800)275-8777

01/16/2024                          01:37 PM
--------------------------------------------
Product              Qty   Unit    Price
                           Price
--------------------------------------------
Envelope 6X9          1    $0.59   $0.59

First-Class Mail®     1            $2.31
Large Envelope
    Washington, DC 20439
    Weight: 0 lb 4.60 oz
    Estimated Delivery Date
        Sat 01/20/2024
    Certified Mail®              $4.35
Total                           $6.66
--------------------------------------------
Grand Total:                    $7.25
--------------------------------------------
Debit Card Remit                $7.25
    Card Name: VISA
    Account #: XXXXXXXXXXXXX2305
    Approval #: 401661
    Transaction #: 015
    Receipt #: 044796
    Debit Card Purchase: $7.25
    AID: A0000000980840   Contactless
    AL: US DEBIT

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
  and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

          Preview your Mail
          Track your Packages
          Sign up for FREE @
    https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

    Tell us about your experience.
  Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



        or call 1-800-410-7420.

UFN: 113041-0245
Receipt #: 840-53300112-2-6265271-1
Clerk: 17



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington DC 20439

Certified Mail Fee   $4.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage   $2.31

Total Postage and Fees   $10.21

Sent To   Court of Federal Claims
Street and Apt. No., or PO Box No.   717 Madison Place NW
City, State, ZIP+4®   Washington DC 20439

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1127 1579 88